# EXHIBIT B

## EMPLOYMENT AGREEMENT NO. _4_

Moscow                                    January 13 2014

This Employment Agreement (hereinafter the "**Agreement**") is entered into by and between **Limited Liability Company Spencer Stuart International** (hereinafter the "**Employer**" or the "**Company**"), a company established and operating under the laws of the Russian Federation, located at 16A, Leningradskoe Shosse, Building 1, Floor 8, 125171, Moscow, the Russian Federation, Tax ID 7743897672, represented by Irina Layer acting in the capacity of General Director on the basis of the Charter,

and

**Anton Vladimirovich Storozhenko** (hereinafter the "**Employee**"), a citizen of the Russian Federation, residing at ███████████

███████████████████████████████████████

            pursuant to the terms and conditions as set out below,

hereinafter jointly referred to as the "**Parties**" and individually a "**Party**".

1.        **Subject Matter of Agreement**

1.1.      The Employee is hereby employed as Consultant.

1.2.      The Employee's work obligations are set out hereunder.

1.3.      The Employee's place of work shall be the office of the Employer in Moscow, Russia. The Employee's work in other places as needed (both within the Russian Federation and outside of the Russian Federation) shall be documented as a business trip.

1.4.      The employment pursuant to this Agreement is the principal employment for the Employee.

2.        **Term of Agreement**

2.1.      This Agreement is concluded for an indefinite term.

2.2.      The Employee shall commence work on 13 January 2014.

2.3.      This Agreement shall come into force on the date of commencement of work by the Employee. In the event

## ТРУДОВОЙ ДОГОВОР № _4_

г. Москва                              13 января 2014 года

Настоящий трудовой договор (далее — «**Договор**») заключен между **Обществом с ограниченной ответственностью «Спенсер Стюарт Интернэшнл»** (далее – «**Работодатель**» или «**Компания**»), обществом, созданным в соответствии с законодательством Российской Федерации, расположенным по адресу: Российская Федерация, 125171, Москва, Ленинградское шоссе, дом 16А, строение 1, этаж 8, ИНН 7743897672, в лице Ирины Лайер, выступающей в качестве генерального директора, действующего на основании Устава,

и

**Антоном Владимировичем Стороженко** (далее — «**Работник**»), гражданином Российской Федерации, проживающим по адресу: ███████████

███████████████████████████████████████

███████████████████████ в соответствии с нижеприведенными положениями и условиями,

далее совместно именуемые «**Стороны**», а по отдельности – «**Сторона**».

1.        **Предмет Договора**

1.1.      Работник принимается на работу на должность Консультанта.

1.2.      Должностные обязанности Работника приведены в настоящем Договоре.

1.3.      Местом работы Работника является офис Работодателя в Москве, Россия. Работа Работника в других местах по мере служебной необходимости (как в пределах Российской Федерации, так и за ее пределами) оформляется как служебная командировка.

1.4.      Работа по настоящему Договору является основной работой Работника.

2.        **Срок действия Договора**

2.1.      Настоящий Договор заключен на неопределенный срок.

2.2.      Работник приступает к работе 13 января 2014 года.

2.3.      Договор вступает в силу в день выхода Работника на работу. В случае если Работник не

that the Employee fails to commence work on the date set out in Clause 2.2 hereof, the Employer has the right to cancel this Agreement pursuant to Article 61, Part Four of the Labor Code of the Russian Federation.

приступит к работе в срок, указанный в пункте 2.2 Договора, то Работодатель имеет право аннулировать настоящий Договор в соответствии с частью четвертой статьи 61 Трудового кодекса Российской Федерации.

### 3.        Employee's Obligations

### 3.        Обязанности Работника

3.1.        The Employee agrees to do the job assigned to the Employee in person and to carry out in good faith all of the Employee's work obligations set out hereunder and in **Exhibit 1** hereto.  The Employee shall be informed of the Internal Labor Regulations, as well as of other local regulatory acts of the Employer, relevant to the employment of the Employee hereunder, and shall sign in acknowledgement of his receipt hereof.

3.1.        Работник        обязуется        лично        выполнять трудовую функцию и добросовестно исполнять свои трудовые обязанности, предусмотренные настоящим Договором и указанные в **Приложении 1** к настоящему Договору. Правила внутреннего трудового распорядка, равно как и иные локальные нормативные акты Работодателя,        имеющие        отношение        к        трудовой деятельности Работника по настоящему Договору, объявляются Работнику под роспись.

3.2.        The Employee agrees to comply with the applicable Internal Labor Regulations, other local regulatory acts of the Employer, the provisions of the applicable legislation related, whether directly or indirectly, to the employment of the Employee, and to meet all the requirements of, and fulfill such instructions as may be given by, the Employer and the Employee's immediate supervisors, to the extent consistent with applicable legislation.

3.2.        Работник обязуется соблюдать действующие на предприятии Работодателя Правила внутреннего трудового распорядка, иные локальные нормативные акты        Работодателя,        положения        действующего законодательства, прямо или косвенно касающиеся его работы у Работодателя, а также выполнять все требования и поручения Работодателя и своих непосредственных руководителей, не противоречащие действующему законодательству.

3.3.        The Employee agrees to observe work discipline, reach established work standards and comply with labor protection and safety requirements.

3.3.        Работник обязуется соблюдать трудовую дисциплину, выполнять установленные нормы труда, соблюдать требования по охране труда и обеспечению безопасности труда.

3.4.        The Employee agrees to exercise care while using the property of the Employer and of other employees, to take all reasonable measures to protect the property and property interests of the Employer from theft, misappropriation, damage or spoilage, and to notify forthwith the immediate supervisor or any other appropriate representative of the Employer of any situation threatening the life or health of people or the safety of the Employer's property.

3.4.        Работник обязуется бережно относиться к имуществу        Работодателя        и        других        работников, принимать все разумные меры по защите имущества и имущественных интересов Работодателя от краж, расхищения, ущерба и порчи, и незамедлительно сообщать непосредственному руководителю либо иному соответствующему представителю Работодателя о возникновении ситуации, представляющей угрозу жизни и здоровью людей, сохранности имущества Работодателя.

3.5.        The Employee shall be financially liable for the Employer's property under the Employee's control.  The Employee agrees to undertake no actions that will cause financial or other harm to the Employer, including any damage to the reputation of the Employer.

3.5.        Работник несет материальную ответственность за вверенное ему имущество Работодателя. Работник обязуется не совершать никаких действий, которые могут причинить материальный или иной ущерб Работодателю, или которые могут каким-либо образом нанести вред репутации Работодателя.

3.6.     The Employee agrees to be, during the term of this Agreement, loyal to the interests of the Employer, so that all actions connected to the carrying out of duties and responsibilities under this Agreement will be conducted by the Employee exclusively in the interests of the Employer, rather than out of personal interest or interests of third parties.

3.7.     The Employee shall be obligated to use work time solely for the purpose of undertaking the Employee's work obligations hereunder and to undertake all work obligations conscientiously, efficiently and in accordance with the provisions of this Agreement.

3.8.     The Employee shall be assigned other obligations pursuant to the Labor Code of the Russian Federation, including those prescribed by Article 21 of the above Code.

**4.      Employer's Obligations**

4.1.     The Employer agrees to provide employment to the Employee pursuant to the job specified hereunder.

4.2.     The Employer agrees to provide the Employee with equipment, tools, technical documentation and such other means as may be necessary for the Employee to perform the Employee's work obligations hereunder.

4.3.     The Employer agrees to provide a suitable work environment as required by applicable legislation.

4.4.     The Employer agrees to pay to the Employee a salary and other payments pursuant to the terms and conditions of this Agreement in a timely manner and in full measure.

4.5.     The Employer shall be assigned other obligations pursuant to the Labor Code of the Russian Federation, including those prescribed by Article 22 of the above Code.

**5.      Working Hours and Leisure Time**

5.1.     Subject to Clause 5.2 below, the Employee's normal working hours shall be a 40-hour, five-day workweek. The exact working hours and leisure time of the Employee, including the start and end times of the working day, break for leisure and meals, shall be determined by the Internal Labor Regulations of the Employer.

5.2.     Despite Clause 5.1 above, the Employee may be required to work on the basis of non-fixed working hours

3.6.     Работник обязуется в течение срока действия Договора соблюдать интересы Работодателя с тем, чтобы все действия Работника, связанные с выполнением трудовых обязанностей по настоящему Договору, совершались исключительно в интересах Работодателя, а не в личных интересах и не в интересах третьих лиц.

3.7.     Работник обязан использовать рабочее время только для целей исполнения трудовых обязанностей по настоящему Договору и выполнять свои трудовые обязанности добросовестно, квалифицированно и в соответствии с положениями настоящего Договора.

3.8.     Работник    несет    иные    обязанности, возложенные на него Трудовым кодексом Российской Федерации, в том числе предусмотренные в статье 21 указанного Кодекса.

**4.      Обязанности Работодателя**

4.1.     Работодатель обязуется предоставить Работнику работу по обусловленной Договором трудовой функции.

4.2.     Работодатель обязуется обеспечить Работника оборудованием,       инструментами,      технической документацией и иными средствами, необходимыми для исполнения Работником трудовых обязанностей по настоящему Договору.

4.3.     Работодатель   обязуется   обеспечить   условия труда,     отвечающие     требованиям     действующего законодательства.

4.4.     Работодатель обязуется своевременно и в полном размере выплачивать Работнику заработную плату и иные выплаты, обусловленные Договором.

4.5.     Работодатель    несет    иные    обязанности, возложенные на него Трудовым кодексом Российской Федерации, в том числе предусмотренные в статье 22 указанного Кодекса.

**5.      Рабочее время и время отдыха**

5.1.     С   учетом   пункта   5.2   ниже,   Работнику устанавливается   40-часовая   пятидневная   рабочая неделя.   Конкретный   режим   рабочего   времени   и времени отдыха Работника, в том числе время начала и окончания рабочего дня, перерыва для отдыха и питания,      определяется      Правилами      внутреннего трудового распорядка Работодателя.

5.2.     Без ущерба для положений пункта 5.1 выше, Работнику устанавливается режим ненормированного

(i.e. to work from time to time such additional hours as are necessary for the proper performance of his duties under this Agreement).

5.3.    In addition to regular days-off, the Employee shall be entitled to all official public holidays established by Russian legislation.

6.    **Vacation**

6.1.    The Employee shall be entitled to a main annual paid vacation of twenty-eight (28) calendar days, during which his job shall be reserved for him/her and he/she will continue to draw his average earnings. The vacation for the first year of work shall be granted to the Employee after the expiry of six (6) months of continuous work for the Employer.

6.1.    In addition to the main annual paid vacation set out in Clause 6.1. above, the Employee shall be entitled to additional annual paid vacation of 3 calendar days as compensation for the non-fixed working hours.

6.2.    The dates of annual paid vacation may be changed by agreement between the Employee and the Employer, but no later than 14 days prior to the commencement of the vacation. A vacation may be split by agreement between the Employee and the Employer, provided that the duration of at least one part of such split vacation is to be no less than 14 (fourteen) calendar days.

7.    **Remuneration**

7.1.    The Employee shall be paid a monthly remuneration.    The amount and make-up of this remuneration is set out in **Exhibit 2** hereto.

7.2.    The remuneration shall be paid no less than once every half-month on the following days of the month for which the payment is due:

-    15th day of the current month –50% (fifty percent) of the net base salary (after taxes) will be paid; and

-    25th day of the current month – the remaining portion of the Employee's monthly base salary will be paid.

7.3.    The remuneration shall be paid to the Employee by bank transfer to the Employee's account at a Russian

рабочего дня (т.е. Работник эпизодически может привлекаться к работе за пределами нормальной продолжительности рабочего времени, если это необходимо для выполнения его обязанностей в соответствии с настоящим Договором).

5.3.    В дополнение к выходным дням Работнику предоставляется отдых в нерабочие праздничные дни, установленные российским законодательством.

6.    **Отпуск**

6.1.    Работнику    предоставляется    ежегодный основной оплачиваемый отпуск с сохранением места работы и среднего заработка продолжительностью 28 (двадцать восемь) календарных дней. Право на использование отпуска за первый год работы возникает у Работника по истечении 6 (шести) месяцев его непрерывной работы у Работодателя.

6.1.    В    дополнение    к    ежегодному    основному оплачиваемому отпуску, указанному выше в пункте 6.1 Договора, Работнику предоставляется ежегодный дополнительный    оплачиваемый    отпуск    за ненормированный рабочий день продолжительностью 3 календарных дня.

6.2.    Даты    ежегодного    оплачиваемого    отпуска могут    быть    изменены    по    соглашению    между Работником и Работодателем, но не позднее, чем за 14 дней до начала отпуска. По соглашению между Работником и Работодателем отпуск может быть разделен на части. При этом хотя бы одна из частей этого отпуска должна быть не менее 14 (четырнадцати) календарных дней.

7.    **Оплата труда**

7.1.    Работнику    устанавливается    ежемесячная заработная плата, размер и состав которой указан в **Приложении 2** к настоящему Договору.

7.2.    Заработная плата выплачивается не реже, чем каждые полмесяца в следующие дни месяца, за который производится оплата:

-    15-го числа текущего месяца –50% (пятьдесят процентов) от должностного оклада (после вычета налогов);

-    25-го числа текущего месяца – остальная часть ежемесячного должностного оклада Работника.

7.3.    Заработная плата выплачивается Работнику банковским переводом на счет в российском банке, заблаговременно указанный Работником в письменной

bank designated by the Employee in writing in advance.

форме.

7.4.    The Employer shall withhold personal income tax and make other deductions from the remuneration and other amounts due to the Employee hereunder as may be applicable pursuant to applicable Russian legislation, and shall transfer the amounts so withheld as designated.

7.4.    Из заработной платы и иных сумм, выплачиваемых Работнику в связи с настоящим Договором, Работодатель удерживает налог на доходы физических лиц, а также, если применимо, производит иные удержания в соответствии с действующим российским законодательством и перечисляет удержанные суммы по назначению.

7.5.    Work on days off and work on official public holidays shall be compensated with higher pay under the procedure stipulated by applicable legislation. Upon the Employee's written application to the Employer, the Employee may be granted an alternative day off in substitution for work on a day off or work on an official public holiday.

7.5.    Работа в выходные и нерабочие праздничные дни компенсируется повышенной оплатой в порядке, предусмотренном действующим законодательством. По письменному заявлению Работника работа в выходной или нерабочий праздничный день может быть компенсирована предоставлением другого дня отдыха.

## 8.    Reimbursement of Expenses

## 8.    Возмещение расходов

8.1.    The Employer shall reimburse all of the Employee's reasonable and necessary expenses incurred by the Employee in connection with the performance of his duties under this Agreement. Such reimbursement will take effect on condition that the Employee provides the Employer in a timely manner with receipts and/or other documents confirming expenses in accordance with the Employer's rules of reimbursement of business expenses, and with applicable legislation.

8.1.    Работодатель возместит Работнику все разумные и необходимые расходы, понесенные Работником в связи с выполнением им своих обязанностей по настоящему Договору. Такие возмещения производятся при условии своевременного предоставления Работником Работодателю чеков и/или иных документов, подтверждающих расходы в соответствии с правилами Работодателя по возмещению деловых расходов и действующим законодательством.

8.2.    Business-related expenses of the Employee will be reimbursed by the Employer in accordance with the Employer's policies.

8.2.    Расходы Работника, связанные с осуществлением им трудовой деятельности, подлежат возмещению Работодателем в соответствии с локальными нормативными актами Работодателя.

## 9.    Obligatory Social Insurance

## 9.    Обязательное социальное страхование

9.1.    The Employee shall be subject to obligatory social insurance with the state non-budgetary funds at the cost and expense of the Employer under the procedure stipulated by Russian legislation.

9.1.    Работник подлежит обязательному социальному страхованию в государственных внебюджетных фондах за счет средств Работодателя в порядке, предусмотренном российским законодательством.

## 10.    Temporary Disability

## 10.    Временная нетрудоспособность

10.1.    The Employee must, where possible, promptly inform the immediate supervisor or other official authorized by the Employer in the event of temporary disability (illness, accident, etc.).

10.1.    При наступлении временной нетрудоспособности (болезни, несчастном случае и др.) Работник должен, по возможности, незамедлительно сообщить об этом непосредственному руководителю или иному уполномоченному лицу Работодателя.

10.2.    The Employee must submit a medical certificate to the Employer confirming his temporary disability (illness, accident, etc.) no later than the third day after such temporary disability has ended.

10.2.    Работник обязан предоставить Работодателю листок нетрудоспособности, подтверждающий его временную нетрудоспособность (болезнь, несчастный случай и др.), не позднее 3 (трех) дней после окончания

такой нетрудоспособности.

10.3.    The Employer shall pay to the Employee a temporary disability benefit pursuant to applicable legislation.

10.3.    Работодатель выплачивает Работнику пособие по временной нетрудоспособности в соответствии с действующим законодательством.

10.4.    The Employee may be entitled to become a member of the voluntary medical insurance scheme financed by the Employer, subject to satisfying certain eligibility criteria and subject to the policies of the Employer and the rules of the scheme.

10.4.    Работнику может быть предоставлено право на участие в программе добровольного медицинского страхования, финансируемой Работодателем, при условии выполнения определенных требований, необходимых для участия в указанной программе, а также в порядке и на условиях, предусмотренных локальными нормативными актами Работодателя и правилами указанной программы.

## 11.    Know-how

## 11.    Ноу-хау

11.1.    The Employee is obligated to comply with the trade secrets regime established by the Employer with respect to the Employer's information constituting trade secrets (know-how), including trade secrets (know-how) created by the Employee in connection with performing the Employee's employments duties or specific assignments from the Employer. The list of information constituting trade secrets (know-how) of the Employer is listed in **Exhibit 3** hereto. For the avoidance of any doubt, any information that becomes available to the Employee in connection with the Employee's performance of the Employee's employment duties under this Agreement or specific assignments from the Employer and/or that relates to the commercial activity of the Employer as well as the intellectual property owned by the Employer in connection with which the Employer has introduced a trade secret regime, including but not limited to that provided in Exhibit 3 hereto is a trade secret (know-how) of the Employer (hereinafter the "**Know-how**").

11.1.    Работник обязан соблюдать режим коммерческой тайны, установленный Работодателем в отношении сведений, являющихся секретом производства (ноу-хау) Работодателя, включая секреты производства (ноу-хау), созданные Работником в связи с выполнением трудовых обязанностей Работника или конкретного задания Работодателя. Перечень сведений, являющихся секретами производства (ноу-хау) Работодателя, приведен в **Приложении 3** к настоящему Договору. Во избежание сомнений, любые сведения, которые становятся известны Работнику в связи с выполнением Работником трудовых обязанностей Работника по настоящему Договору или конкретного задания Работодателя и/или касается коммерческой деятельности Работодателя, а также интеллектуальная собственность, принадлежащая Работодателю, в отношении которой Работодателем введен режим коммерческой тайны, в том числе, но не ограничиваясь, перечисленная в Приложении 3 к настоящему Договору, является секретом производства (ноу-хау) Работодателя (далее – «**Ноу-хау**»).

11.2.    The Employee hereby agrees and acknowledges that the Know-how is and shall remain the sole property of the Employer at any time, including in the event of termination of employment relations between the Parties for any reason whatsoever.

11.2.    Настоящим Работник соглашается и подтверждает, что Ноу-хау принадлежит исключительно Работодателю и продолжает принадлежать исключительно Работодателю в любое время, в том числе в случае прекращения трудовых отношений между Сторонами по любой причине.

11.3.    The Employee undertakes to maintain confidentiality (secrecy) in respect to the Know-how, not to disclose the Know-how to third parties, not to use any such Know-how in any way which is not specifically authorized hereunder or otherwise by the Employer (including for the Employee's own purposes or benefits) and to endeavor to prevent unauthorized disclosure of such Know-how to third parties.

11.3.    Работник обязуется соблюдать конфиденциальность (секретность) в отношении Ноу-хау, не разглашать Ноу-хау третьим лицам, не использовать Ноу-хау любым способом, прямо не разрешенным в соответствии с настоящим Договором или иным образом Работодателем (включая в личных целях или для личной выгоды Работника), и принимать меры для предотвращения несанкционированного разглашения Ноу-хау третьим лицам.

11.4. With the exception of use of the Know-how for the performance by the Employee of his employment duties under this Agreement or of specific assignments from the Employer and/or as outlined in other local regulatory acts of the Employer, the Employee undertakes, at any time, directly or indirectly, not to use the Know-how for any other purposes, including not to reproduce, decompile, disassemble, disclose or transfer to third parties, in whole or in part, any Know-how.

11.5. The Employee undertakes not to discuss specific counterparties of the Employer and/or their projects with the employees of the Employer or with third parties not directly associated with any such project.

11.6. The Employee undertakes not to use, while employed by the Employer, any information that constitutes trade secrets (know-how) of any third party, unless properly authorized by the owner of the information that constitutes such trade secrets (know-how). In the case of violation of this Clause 11.6, the Employee shall bear sole and full responsibility for such unauthorized use of trade secrets (know-how) of the relevant third party.

11.7. The Employee undertakes not to take away, remove or send out by means of mail or electronic mail any tangible media of the information containing the Know-how, in particular any of the Employer's objects, documents, files, records, information in electronic format and the like from the Employer's premises, if such removal is not connected with the performance by the Employee of his employment duties under this Agreement. The Employee shall immediately return any such tangible media of the information containing the Know-how as soon as the business need for them discontinues. Not later than on the last day of employment, the Employee shall return to the Employer or the Employer's representative all the tangible media of the information containing the Know-how, in particular, all objects, documents, files, records, information in electronic format and the like obtained or created by the Employee during the course of employment under or in connection with this Agreement.

11.8. Upon termination of this Agreement, or at any other time at the Employer's request, the Employee shall deliver to the Employer's exclusive possession and control all documents, handwritten notes, computer files, databases, programs, or any other means used for the

11.4. За исключением использования Ноу-хау в целях исполнения Работником своих трудовых обязанностей по настоящему Договору или конкретного задания Работодателя и/или по иным локальным нормативным актам Работодателя, Работник обязуется ни в какое время прямо или косвенно не использовать Ноу-хау для каких-либо иных целей, в том числе не воспроизводить, не декомпилировать, не разделять, не разглашать и не передавать третьим лицам, полностью или в части, любое Ноу-хау.

11.5. Работник обязуется не обсуждать конкретных контрагентов Работодателя и/или их проекты с работниками Работодателя или третьими лицами, прямо не связанных с любым таким проектом.

11.6. Работник обязуется не использовать во время работы у Работодателя какие-либо сведения, составляющие секрет производства (ноу-хау) любого третьего лица, если только правообладатель сведений, составляющих такой секрет производства (ноу-хау), не уполномочил Работника на то должным образом. В случае нарушения настоящего пункта 11.6, Работник будет нести единоличную и полную ответственность за такое неразрешенное использование секретов производства (ноу-хау) соответствующего третьего лица.

11.7. Работник обязуется не выносить, не вывозить или не высылать по почте или средствами электронной связи из помещений предприятия Работодателя любые материальные носители информации, содержащие Ноу-хау, в частности, предметы, документы, досье, записи, информацию в электронной форме и т.п., принадлежащие Работодателю, если это не связано с исполнением Работником своих трудовых обязанностей по настоящему Договору. Работник обязуется незамедлительно вернуть любые такие материальные носители информации, содержащие Ноу-хау, как только деловая необходимость в них отпадет. Не позднее дня прекращения трудовых отношений Работник обязан передать Работодателю или представителю Работодателя все материальные носители информации, содержащие Ноу-хау, в частности, все предметы, документы, досье, записи, информацию в электронной форме и т.п., полученные или созданные Работником в ходе трудовой деятельности по настоящему Договору или в связи с ним.

11.8. При прекращении настоящего Договора или в любое другое время по требованию Работодателя Работник обязан предоставить Работодателю в полное владение и под полный контроль все документы, рукописные записи, компьютерные файлы, базы

storage and receipt of the Know-how.

11.9. In the event that a state body authorized to obtain the Know-how in accordance with the legislation of the Russian Federation requests the Employee to provide the Know-how, the Employee shall immediately inform the authorized representative of the Employer, as set out in Clause 1.2 of the Agreement.

11.10. The Employee undertakes not to use or publish any data or information acquired by the Employee during the course of employment under this Agreement without the Employer's prior written consent.

11.11. In the event of unauthorized disclosure of the Know-how to any third party for any reason whatsoever, the Employee shall be financially liable for, and shall fully compensate the Employer for, all damages, costs, and expenses caused to the Employer by a disclosure of the Know-how in breach of this Agreement, and shall be disciplinary liable in accordance with the laws of the Russian Federation and local regulatory acts of the Employer establishing the trade secrets regime in respect to the Know-how and liability for its breach. If the Employee breaches this Agreement by disclosing any legally-protected secrets including the Know-how, the Employer shall have the right to dismiss the Employee pursuant to the provisions of Subclause "в", Clause 6, Article 81 of the Labor Code of the Russian Federation.

11.12. Clauses 11.1 – 11.11 of this Agreement shall survive termination of this Agreement and shall remain in full force and effect for an indefinite period, but no less than that until the expiry of the Employer's exclusive right to the Know-how.

## 12. Intellectual Property

12.1. All property rights to any intellectual property objects resulting from the Employee's labor activities under or in connection with this Agreement, including, but not limited to, all the results of the Employee's intellectual activity obtained by the Employee while using the premises, information, or other property of the Employer, including the Know-how, shall belong to the Employer upon their creation.

данных, программы или иные прочие средства, используемые для хранения и получения Ноу-хау.

11.9. В случае, если от государственных органов, уполномоченных на получение Ноу-хау в соответствии с законодательством Российской Федерации, Работником получен запрос о предоставлении Ноу-хау, Работник незамедлительно уведомляет о таком запросе уполномоченного представителя Работодателя, указанного в пункте 1.2 Договора.

11.10. Работник обязуется не использовать и не публиковать какие-либо сведения или информацию, полученные им в связи с его трудовой деятельностью по настоящему Договору без предварительного письменного согласия Работодателя.

11.11. В случае неразрешенного раскрытия Ноу-хау какому-либо третьему лицу по любой причине, Работник несет имущественную ответственность за все убытки, затраты и расходы, причиненные Работодателю разглашением Ноу-хау в нарушение настоящего Договора, и обязуется полностью возместить Работодателю все такие убытки, затраты и расходы, а также Работник несет дисциплинарную ответственность в соответствии с законодательством Российской Федерации и локальными нормативными актами Работодателя, устанавливающими режим коммерческой тайны в отношении Ноу-хау и ответственность за его нарушение. В случае разглашения Работником охраняемой законом тайны, в том числе Ноу-хау, в нарушение настоящего Договора Работодатель вправе уволить Работника в соответствии с подпунктом «в» пункта 6 статьи 81 Трудового кодекса Российской Федерации.

11.12. Пункты 11.1 – 11.11 настоящего Договора будут оставаться в полной юридической силе и продолжать действовать после прекращения действия настоящего Договора в течение неопределенного срока, но не менее, чем до прекращения действия исключительного права Работодателя на Ноу-хау.

## 12. Интеллектуальная собственность

12.1. Все имущественные права на любые объекты интеллектуальной собственности, являющиеся результатом трудовой деятельности Работника по настоящему Договору или в связи с ним, в том числе, но не ограничиваясь этим, все результаты интеллектуальной деятельности Работника, полученные им с использованием помещений, информации или иного имущества Работодателя, в том числе с использованием Ноу-хау, принадлежат Работодателю с момента создания таких объектов.

12.2.    The Employee agrees to promptly notify the Employer in writing of any protectable intellectual property objects created by the Employee during the course of labor activities under or in connection with this Agreement and to submit to the Employer all documents, copies and other materials associated with such intellectual property objects.

12.3.    The property rights to intellectual property objects set out in Clause 12.1 of this Agreement shall belong to the Employer in all countries of the world. The Employee undertakes to take such legal action and comply with such formalities as may be required under the laws of any country in the world so as to confirm (patent or register) the Employer's rights to such objects.

12.4.    The Employee hereby authorizes the Employer to act on the Employee's behalf regarding all issues connected with the confirmation or registration of the Employer's intellectual property rights to objects set out in Clause 12.1 of this Agreement.

12.5.    The Employee and the Employer hereby agree that for all of the intellectual property objects specified in Clause 12.1 of this Agreement and created by the Employee if the Employee has duly transferred property rights to such intellectual property objects to the Employer, the Employer shall pay the Employee a lump sum author's fee (hereinafter the "**Fee**"). The amount of the Fee is to be set on case-by-case basis in a separate agreement between the Parties.

13.    **Personal Data**

13.1.    The Employer agrees to ensure appropriate processing (including storage and use) and protection of the Employee's personal data received by the Employer in connection with this Agreement pursuant to Russian legislation.

13.2.    The Employee hereby gives his consent that the processing, including receipt, storage, integration, transfer or any other use, of the Employee's personal data received by the Employer in connection with this Agreement will be carried out by the Employer's authorized officers under the procedure established by the Employer.

13.3.    The Employee hereby undertakes not to disclose

12.2.    Работник обязуется незамедлительно сообщать Работодателю в письменной форме обо всех охраноспособных объектах интеллектуальной собственности, созданных Работником в ходе трудовой деятельности по настоящему Договору или в связи с ним, а также передавать Работодателю все документы, копии и прочие материалы, связанные с такими объектами.

12.3.    Имущественные права на объекты интеллектуальной собственности, указанные в пункте 12.1 настоящего Договора, принадлежат Работодателю во всех странах мира. Работник обязуется совершать все юридические действия и выполнить все формальности, которые могут потребоваться по законодательству любой страны мира для закрепления (патентования, регистрации) прав на такие объекты за Работодателем.

12.4.    Работник настоящим уполномочивает Работодателя действовать от своего имени по всем вопросам, связанным с закреплением или регистрацией за Работодателем прав интеллектуальной собственности на объекты, указанные в пункте 12.1 настоящего Договора.

12.5.    Работник и Работодатель настоящим договорились о том, что за все созданные Работником и надлежащим образом переданные в распоряжение Работодателю права на объекты интеллектуальной собственности, указанные в пункте 12.1 настоящего Договора, Работодатель выплатит Работнику единовременное авторское вознаграждение (далее – «**Вознаграждение**»). Размер Вознаграждения будет согласован Работником и Работодателем в каждом случае в отдельном соглашении между Сторонами.

13.    **Персональные данные**

13.1.    Работодатель обязуется обеспечить надлежащую обработку (в том числе хранение и использование) и защиту персональных данных Работника, полученных Работодателем в связи с настоящим Договором, в соответствии с российским законодательством.

13.2.    Работник дает свое согласие на то, что обработка, в том числе получение, хранение, комбинирование, передача или любое другое использование персональных данных Работника, полученных Работодателем в связи с настоящим Договором, будет осуществляться уполномоченными Работодателем лицами в порядке, установленном Работодателем.

13.3.    Работник обязуется не разглашать

| | |
|---|---|
| the personal data of other employees. | персональные данные других работников. |

| | |
|---|---|
| **14.    Hiring Procedure** | **14.    Оформление приема на работу** |
| 14.1.    The Employee is employed pursuant to the Employer's executive order, to be communicated to the Employee and acknowledged in signing by the Employee within three (3) days of the actual commencement of work. | 14.1.    Прием Работника на работу оформляется приказом Работодателя, который объявляется Работнику под роспись в течение 3 (трех) дней со дня фактического начала работы. |
| 14.2.    The Employee agrees to provide the Employer with the following documents (in original) on the day of commencement of his employment: (i) passport; (ii) work book; (iii) state pension insurance certificate; (iv) military registration documents (in case the Employee is subject to military service or subject to enlistment for military service); and (v) other documents, as required under the applicable laws of the Russian Federation. | 14.2.    Работник обязуется в день выхода на работу предъявить Работодателю нижеследующие документы (в оригинале): (i) паспорт; (ii) трудовую книжку; (iii) страховое свидетельство государственного пенсионного страхования; (iv) документы воинского учета (если Работник является военнообязанным или лицом, подлежащим призыву на военную службу) и (v) другие документы, требуемые в соответствии с действующим законодательством Российской Федерации. |
| 14.3.    The Employer shall maintain and keep the Employee's work book in accordance with the requirements of the applicable legislation. The Employer shall return the work book to the Employee on the day of termination of this Agreement. | 14.3.    Работодатель ведет и хранит трудовую книжку Работника в соответствии с требованиями действующего законодательства. Работодатель выдает трудовую книжку Работнику в день прекращения настоящего Договора. |
| 14.4.    On the signature date of this Agreement, the Employee shall provide the Employer with all information needed to fill out the Employee's Personal Card (Model Form T-2). | 14.4.    В день подписания настоящего Договора Работник обязуется предоставить Работодателю информацию, необходимую для заполнения личной карточки Работника (типовая форма Т-2). |
| 14.5.    The Employee hereby agrees to immediately notify the Employer in writing of any changes in the information set out in the Employee's Personal Card, including any change of passport data, residential postal address, or contact telephone numbers. | 14.5.    Работник обязуется незамедлительно и в письменной форме уведомлять Работодателя о любых изменениях сведений, указанных в личной карточке Работника, в том числе об изменении паспортных данных, почтового адреса фактического места жительства и номеров контактных телефонов. |
| **15.    Changing the Agreement** | **15.    Изменение Договора** |
| 15.1.    Any amendments and addenda to this Agreement shall be made in writing and signed by the Parties. | 15.1.    Все изменения и дополнения к Договору оформляются в письменной форме и подписываются Сторонами. |
| 15.2.    This Agreement may be amended at any time by agreement between the Parties and to the extent permitted by Russian legislation. | 15.2.    В любое время по соглашению Сторон в настоящий Договор могут быть внесены любые изменения и дополнения, не противоречащие российскому законодательству. |
| 15.3.    The Employer may unilaterally alter the terms and conditions of the Agreement agreed upon by the Parties (including the duties assigned to the Employee, the conditions of work and remuneration, etc.) under the procedure stipulated by applicable legislation. | 15.3.    Работодатель вправе по своей инициативе изменять определенные Сторонами условия Договора (в том числе возложенные на Работника обязанности, условия труда и оплаты труда и другие) в порядке, предусмотренном действующим законодательством. |

**16.   Termination of the Agreement**

16.1.   This Agreement may be terminated on grounds provided for by the Labor Code of the Russian Federation.

16.2.   Upon termination of this Agreement, the Employee shall transfer to the person appointed by the Employer all his files connected with his employment with the Employer, including all documents and details of contacts at the Employer's suppliers, customers and business partners, as well as at state authorities and the like, no later than on the last day of the Employee's employment with the Employer (i.e. day of dismissal) or on another day agreed upon between the Employee and the Employer.

**17.   Miscellaneous**

17.1.   Any Exhibits to this Agreement shall be deemed an integral part hereof and shall be signed by the Employer and the Employee.

17.2.   This Agreement supersedes and cancels all other agreements and commitments that may have been made by the Parties, either orally or in writing, prior to signing this Agreement.

17.3.   This Agreement shall be governed by legislation in effect in the Russian Federation.

17.4.   Any dispute arising from or in connection with this Agreement should be settled by the Parties by means of negotiations. The Employee and the Employer shall make every effort to settle any disputes amicably through negotiation.

17.5.   If the Parties do not reach an agreement by means of negotiation, the dispute shall be resolved in accordance with the procedure established by the legislation of the Russian Federation.

**This Agreement is executed in two (2) bilingual copies, each in English and Russian. Each Party shall receive one (1) bilingual copy. In the event of discrepancies between the English and Russian texts of the Agreement, the Russian text shall prevail.**

**16.   Прекращение Договора**

16.1.   Договор может быть прекращен по основаниям, предусмотренным Трудовым кодексом Российской Федерации.

16.2.   В случае прекращения настоящего Договора Работник обязан передать уполномоченному Работодателем лицу все дела, связанные с его работой у Работодателя, в том числе всю документацию, данные о контактных лицах поставщиков, заказчиков, деловых партнеров Работодателя, данные о контактных лицах в государственных органах и т.п., не позднее последнего дня работы Работника у Работодателя (т.е. дня увольнения), либо в иной срок, установленный по соглашению между Работником и Работодателем.

**17.   Прочие положения**

17.1.   Все приложения к настоящему Договору являются его неотъемлемой частью и должны быть подписаны Работодателем и Работником.

17.2.   Настоящий Договор заменяет и аннулирует все прочие соглашения и договоренности, которые могли быть ранее достигнуты между Сторонами в письменной или устной формах.

17.3.   Настоящий Договор регулируется законодательством Российской Федерации.

17.4.   Все споры, возникающие между Сторонами из настоящего Договора либо в связи с ним, подлежат урегулированию посредством переговоров между Сторонами. Работник и Работодатель обязуются приложить все усилия для мирного разрешения любых споров путем переговоров.

17.5.   В случае если Стороны не в состоянии урегулировать спор путем переговоров, спор разрешается в порядке, предусмотренном законодательством Российской Федерации.

**Настоящий Договор подписан в 2 (двух) двуязычных экземплярах, на английском и русском языке каждый.  Каждая Сторона получает по одному двуязычному экземпляру. В случае разночтений между английским и русским текстами Договора преимущественную силу имеет текст на русском языке.**

**Employer/Работодатель:**

**Employee/Работник:**

11/20

Irina Fyodorovna Layer / Ирина Фёдоровна Лайер

Anton Vladimirovich Storozhenko / Антон Владимирович Стороженко

General Director / Генеральный директор

**I have received one copy of the employment agreement, Exhibit 1 (Employee's Job Duties and Obligations), Exhibit 2 (Salary of the Employee) and Exhibit 3 (List of Know-how of the Employer) to the employment agreement.**

**Один экземпляр Трудового договора, Приложение 1 (Должностные обязанности Работника), Приложение 2 (Заработная плата Работника) и Приложение 3 (Перечень Ноу-хау Работодателя) получил.**

Anton Vladimirovich Storozhenko / Антон Владимирович Стороженко

Date / Дата

13/01/2014

| Exhibit 1 | Приложение 1 |
|---|---|
| **Employee's Job Duties and Obligations** | **Должностные обязанности Работника** |

| | |
|---|---|
| **This Exhibit shall form an integral part of employment agreement No.____, dated _____ ___, 20_ and entered into by and between Limited Liability Company Spencer Stuart International (hereinafter the "Employer") and Anton Vladimirovich Storozhenko (hereinafter the "Employee").** | **Настоящее Приложение является неотъемлемой частью трудового договора №____ от ___ _____ 20_ года, заключенного между Обществом с ограниченной ответственностью «Спенсер Стюарт Интернэшнл» (далее – «Работодатель») и Антоном Владимировичем Стороженко (далее - «Работник»).** |
| **The Employee's Job Duties and Obligations:** | **Должностные обязанности Работника:** |
| The Employee shall: | Работник обязан: |
| **Business development and execution** | **Развитие бизнеса и реализация проектов** |
| • work with other employees of the Employer to identify companies and individuals to pursue as key accounts/clients of the Employer; | • в сотрудничестве с другими работниками Работодателя выявлять потенциальных ключевых клиентов Работодателя из числа юридических и физических лиц; |
| • approach and develop relationships with the senior executive teams of these potential clients; | • устанавливать и поддерживать отношения с руководителями высшего звена данных потенциальных клиентов; |
| • maintain dialogue with existing clients to ensure that the Employer continues to be viewed as the executive search partner of choice; | • поддерживать взаимодействие с существующими клиентами в целях обеспечения того, чтобы они продолжали рассматривать Работодателя в качестве предпочтительного партнера по подбору управленческого персонала; |
| • involve other employees of the Employer as appropriate to ensure best team representation and market the Employer's network rather than just oneself; | • привлекать других работников Работодателя в целях более эффективного совместного (а не самостоятельного) представления и продвижения сети Работодателя; |
| • lead and delivering outstanding quality execution of searches and value-added consulting, including setting the search strategy, and adjusting it during the course of the search, as required and teaming up with appropriate specialized resources by practice or geographic segment; | • осуществлять руководство и выполнять работу по подбору управленческого персонала и оказанию дополнительных платных услуг на высоком уровне, в том числе определять стратегию подбора и, при необходимости, корректировать ее в процессе подбора персонала и сотрудничать со специалистами в соответствующей отрасли или географическом регионе; |
| • generate further assignments (for example, functional and international appointments) for others within the Employer to execute; | • выявлять дополнительные возможности (например, организовывать рабочие и международные встречи) для других работников Работодателя; |
| • develop broader "trust based" relationships with clients of the Employer, helping them to understand and solve | • развивать более широкие, основанные на доверии отношения с клиентами Работодателя, оказывать |

13/20



their executive search needs in broader contexts of their industry and/or function;

- develop at least conversational fluency, if not in some cases actual expertise, in one or more of the Employer's "advisory services" such as executive assessment, executive succession, board effectiveness, and potentially others;

- ensure that the Employer maintains high visibility within the consultant's market sector and is recognized as having excellent knowledge of and access to talent in the Russian Federation;

### Firm contribution

- contribute to the marketing of the Employer's practice and office, defining appropriate intellectual capital/business development opportunities relevant to clients, as well as supporting the specific practice, office or the Employer shared-leadership initiatives;

- ensure knowledge is disseminated amongst the practice and office, working closely with associates and information management teams, as appropriate;

- continue to further strengthen the practice and office by assisting with internal hires;

- develop and maintain a strong internal network and being available when called upon for support;

### Candidate management

- build strong relationships with candidates and other individuals within the market;

- contribute to the initiatives designed to extend proactively the Employer's knowledge of senior executives; and

им содействие в понимании и удовлетворении их потребностей в подборе управленческого персонала с учетом особенностей отрасли и/или специализации данных клиентов;

- развивать как минимум свободное владение темой на разговорном уровне, а в некоторых случаях фактический опыт в области одной или нескольких консалтинговых услуг, оказываемых Работодателем (таких как оценка управленческого персонала, планирование преемственности управленческого персонала, обеспечение эффективной работы советов директоров и, возможно, других услуг);

- обеспечивать высокий уровень узнаваемости Работодателя на рынке консалтинговых услуг и признание Работодателя в качестве партнера, обладающего отличным знанием рынка труда и доступом к информации о высококвалифицированных кадрах на территории Российской Федерации;

### Вклад в развитие компании

- содействовать продвижению деятельности Работодателя посредством выявления возможностей для развития интеллектуального капитала/бизнеса клиентов и оказания поддержки конкретным самостоятельным или совместным инициативам Работодателя в области управления персоналом;

- обеспечивать распространение опыта и навыков среди практикующих и офисных работников, тесно сотрудничая с коллегами и специалистами по управлению информацией;

- укреплять кадровый потенциал компании за счет замещения вакантных должностей в компании собственными работниками;

- развивать и поддерживать надежную внутреннюю сеть и быть доступным в случае обращения за поддержкой;

### Управление отношениями с кандидатами

- устанавливать тесные взаимоотношения с кандидатами и другими лицами на рынке;

- принимать участие в программах, целью которых является активный сбор Работодателем информации об управленческих кадрах;

- keep abreast of things such as remuneration packages, organizational structures, typical and exceptional career paths, critical competencies, and so on for talent in the relevant sectors.

- поддерживать свою осведомленность по таким вопросам, как компенсационные пакеты, организационные структуры, типичные и нетипичные способы карьерного роста, критически важные области компетенции и т.д. для кадров в соответствующих отраслях.

**Employer/Работодатель:**

_____

Irina Fyodorovna Layer / Ирина Федоровна Лайер

General Director / Генеральный директор

**Employee/Работник:**

_____

Anton Vladimirovich Storozhenko / Антон Владимирович Стороженко

| | |
|---|---|
| **Exhibit 2** | **Приложение 2** |
| **Salary of the Employee** | **Заработная плата Работника** |
| **This Exhibit shall form an integral part of employment agreement No.____, dated January 13th, 2014 and entered into by and between Limited Liability Company Spencer Stuart International (hereinafter the "Employer") and Anton Vladimirovich Storozhenko (hereinafter the "Employee").** | **Настоящее Приложение является неотъемлемой частью трудового договора №____ от 13-го января 2014 года, заключенного между Обществом с ограниченной ответственностью «Спенсер Стюарт Интернэшнл» (далее – «Работодатель») и Антоном Владимировичем Стороженко (далее - «Работник»).** |

1.     The Employee shall be paid a gross base salary in of 15,833.33 US dollars per month payable in Russian roubles converted at the exchange rate of 33 Russian roubles 15 kopecks for 1 US dollar.

     Subject to the Employee's excellent performance as determined by the Employer and his continued employment with the Employer, the Employee's base salary set out in this Clause 1 may be revised to 16,666.66 US dollars on 1 January 2015, such base salary payable on the exchange rate specified in this Clause 1, unless otherwise is agreed between the Parties.

2.     Base salary levels are reviewed annually, as determined by the Employer from time to time.

     Reviews are subject to the absolute discretion of the Employer and will take into account, amongst other things, exchange rate movements during the previous 12 months.

3.     In addition to the base salary set out in Clause 1 above, the Employer may pay periodic bonuses to the Employee in such amounts and on such conditions as may be specified by the Regulation on Bonus Payments and other local normative acts of the Employer.

4.     Beginning with the 2014 fiscal year, which began on 1 October 2013, the Employee may become eligible to participate in the Employer's discretionary bonus program on the terms determined by the Employer at its sole discretion and subject to Clause 7 below.

---

1.     Оклад Работника до удержания налогов составляет 15.833,33 доллара США в месяц и подлежит выплате в российских рублях по курсу 33 российских рубля 15 копеек за 1 доллар США.

     При условии эффективного (по усмотрению Работодателя) выполнения Работником своих должностных обязанностей и сохранения между Работником и Работодателем трудовых отношений оклад Работника, предусмотренный настоящим пунктом 1, может быть повышен до 16.666,66 долларов США с 1 января 2015 года. Указанный оклад будет подлежать выплате по курсу, указанному в настоящем пункте 1, если Стороны не договорятся об ином.

2.     Размер должностного оклада пересматривается раз в год на условиях, определяемых Работодателем время от времени.

     Указанные пересмотры производятся исключительно по усмотрению Работодателя, при этом учитываются, помимо прочего, колебания курса валют в течение предшествующих 12 месяцев.

3.     В дополнение к должностному окладу, указанному выше в пункте 1, Работодатель вправе периодически выплачивать Работнику дополнительные вознаграждения в размере и на условиях, предусмотренных Положением о премировании и иными локальными нормативными актами Работодателя.

4.     Начиная с 2014 финансового года, начавшегося 1 октября 2013 года, Работник может получить право на участие в программе премирования, реализуемой Работодателем, на условиях, определенных Работодателем по своему собственному усмотрению и с учетом положений пункта 7 ниже.

5.    For the 2014 fiscal year, provided that the Employee commences employment under this Agreement on or about 13 January 2014 and subject to Clause 7 below, the Employee will be eligible to receive a minimum bonus of 135,000 US dollars gross, as may be further adjusted by agreement of the Parties.

6.    For the 2015 fiscal year, subject to Clause 7 below, the Employee will be eligible to receive a minimum bonus of 100,000 US dollars gross, as further may be adjusted by agreement of the Parties.

7.    Unless the Employer decides otherwise, the Employee shall not be paid any bonus referred to in Clause 4, 5 and/or 6 or any time-apportioned bonus if his employment with the Employer terminates for any reason or he is under notice of termination (whether given by him or the Employer) at or prior to the bonus payment date.

8.    The bonuses (if payable) referred to in Clause 4, 5 and/or 6 shall be paid in two instalments, on or about 31 December and 31 March following the end of the respective fiscal year, but may be adjusted from time to time at the Employer's sole discretion.

9.    If the Employer pays a bonus to the Employee in respect of a particular fiscal year, it shall not be obliged to make such payments in respect of subsequent fiscal years.

10.    Reimbursement Amount

10.1.    The Employee warrants to the Employer that, by entering into this Agreement, he:

(a) on or around the commencement date, set out in Clause 2.2 of this Agreement, has forfeited; or

(b) within 12 months of signing this Agreement, will forfeit,

his entitlement to a bonus equal to at least 50,000 US dollars gross payable by Kienbaum Consultants

---

5.    При условии что Работник начнет работу по настоящему Договору не позднее 13 января 2014 года, и с учетом положений пункта 7 ниже, Работник будет иметь право получить премию за 2014 финансовый год в размере не менее 135.000 долларов США (до удержания налогов). Размер указанной премии может быть дополнительно скорректирован по соглашению Сторон.

6.    С учетом положений пункта 7 ниже, Работник будет иметь право получить премию за 2015 финансовый год в размере не менее 100.000 долларов США (до удержания налогов). Размер указанной премии может быть дополнительно скорректирован по соглашению Сторон

7.    Если Работодатель не примет иного решения, премия, упомянутая в пункте 4, 5 и/или 6 (или часть премии, пропорциональная продолжительности трудовых отношений), Работнику не выплачивается, если его трудовые отношения с Работодателем прекратились по какой-либо причине, либо если Работник или Работодатель уведомил другую Сторону о прекращении трудовых отношений в дату выплаты премии или до ее наступления.

8.    Премии (если таковые подлежат выплате), упомянутые в пункте 4, 5 и/или 6, выплачиваются двумя частями – приблизительно 31 декабря и 31 марта после окончания соответствующего финансового года. При этом Работодатель вправе по своему собственному усмотрению скорректировать сроки выплаты премий.

9.    В случае если Работодатель выплатил Работнику премию за определенный финансовый год, Работодатель не обязан выплачивать премии за последующие финансовые годы.

10.    Сумма компенсации

10.1.    Работник гарантирует Работодателю то, что, заключив настоящий Договор, он:

(a) приблизительно в дату начала трудовых отношений, предусмотренную пунктом 2.2 настоящего Договора, утратил; или

(b) в течение 12 месяцев после подписания настоящего Договора утратит

свое право на получение премии в размере не менее 50.000 долларов США (до удержания налогов),

17/20

International (the "**Forfeited Bonus**").

10.2.    As a make-whole payment for the Forfeited Bonus, the Employer agrees to reimburse the Employee for the amount of the Forfeited Bonus and pay the Employee an equivalent of 50,000 US dollars gross payable in two equal instalments of 25,000 US dollars gross (the "**Reimbursement Amount**"), subject to Clause 10.5 below.

10.3.    The Reimbursement Amount shall not constitute the Employee's salary or any other performance-based remuneration.

The sole purpose of the Reimbursement Amount is to reimburse the Employee for the actual loss that he will sustain as a result of leaving his former employer in order to join the Employer.

10.4.    The first instalment of the Reimbursement Amount will be payable on the date of the Employee's first paycheck and the second installment of the Reimbursement Amount will be paid on or about the date that falls on the first anniversary of the Employee's employment under this Agreement.

10.5.    If, as at the respective payment date referred to in Clause 10.4 above, the Employee voluntarily resigns from the Employer, the Employee shall have no right to be paid an unpaid instalment of the Reimbursement Amount.

10.6.    If, (a) as at the respective payment date referred to in Clause 10.4 and/or (b) at any time within 2 years after the date of this Agreement, the Employee's warranty set out in Clause 10.1 above turns out to be inaccurate or untrue in any respect, the Employee shall have no right to be paid any unpaid instalment of the Reimbursement Amount and shall repay the Employer in full any instalment of the Reimbursement Amount paid to him under this Agreement.

Irina Fyodorovna Layer / Ирина Федоровна Лайер

General Director / Генеральный Директор

---

которая подлежала выплате компанией «Кинбаум Консалтантс Интернешнл» («**Утраченная премия**»).

10.2.    Работодатель обязуется компенсировать Работнику сумму Утраченной премии, выплатив сумму, эквивалентную 50.000 долларам США (до удержания налогов), двумя частями по 25.000 долларов США (до удержания налогов) («**Сумма компенсации**»), с учетом положений пункта 10.5 ниже.

10.3.    Сумма компенсации не является заработной платой или другим видом вознаграждения за работу Работника.

Единственной целью выплаты Суммы компенсации является компенсация Работнику фактического убытка, который он понесет в результате прекращения трудовых отношений со своим бывшим работодателем и перехода на работу к Работодателю.

10.4.    Первая часть Суммы компенсации будет выплачена в дату первой выплаты заработной платы Работнику, а вторая часть Суммы компенсации будет выплачена приблизительно в дату, наступающую через один год после начала работы Работника по настоящему Договору.

10.5.    В случае если в соответствующую дату платежа, предусмотренную пунктом 10.4 выше, Работник добровольно прекратит трудовые отношения с Работодателем, Работник утрачивает право на получение невыплаченной части Суммы компенсации.

10.6.    В случае если (а) в соответствующую дату платежа, предусмотренную пунктом 10.4, и/или (b) в любое время в течение 2 лет после даты настоящего Договора гарантия, предоставленная Работником в пункте 10.1 выше, окажется неточной или недостоверной в каком-либо отношении, Работник утрачивает право на получение невыплаченной части Суммы компенсации и обязан вернуть Работодателю ту часть Суммы компенсации, которая была выплачена ему по настоящему Договору, в полном объеме.

Anton Vladimirovich Storozhenko / Антон Владимирович Стороженко

18/20

| Exhibit 3 | Приложение 3 |
|---|---|
| **List of Know-how of the Employer** | **Перечень Ноу-хау Работодателя** |

**This Exhibit shall form an integral part of employment agreement No.____, dated January 13th, 2014 and entered into by and between Limited Liability Company Spencer Stuart International (hereinafter the "Employer") and Anton Vladimirovich Storozhenko (hereinafter the "Employee").**

**Настоящее Приложение является неотъемлемой частью трудового договора №____ от 13-го января 2014 года, заключенного между Обществом с ограниченной ответственностью «Спенсер Стюарт Интернэшнл» (далее – «Работодатель») и Антоном Владимировичем Сторожснко (далее - «Работник»).**

1.	Any information, including but not limited to proposals, manuals, contracts, research materials, formulas, processes, technology used, markets and plans relating to the business or other affairs of the Employer;

1.	Любая информация, включая, без ограничений, предложения, инструкции, контракты, исследовательские материалы, формулы, процессы, данные об используемой технологии, рынках сбыта, а также планы, имеющие отношение к хозяйственной или иной деятельности Работодателя;

2.	The Employer's customer files and lists;

2.	Досье клиентов и клиентские списки Работодателя;

3.	Names of clients and their projects for the purpose of discussion with other people, including employees of the Employer and employees of third parties, not directly associated with any such project;

3.	Наименования (или имена) клиентов и их проектов для целей обсуждений с иными лицами, включая работников Работодателя и работников третьих лиц, напрямую не связанных с любым из таких проектов;

4.	Any password, access code, device, or token used by the Employee to access and utilize the computerized systems, programs or instruments of the Employer;

4.	Любой пароль, код доступа, средство или устройство, используемые Работником для доступа и эксплуатации компьютерных систем, программ или аппаратуры Работодателя;

5.	Information on the internal structure of the Employer;

5.	Сведения о внутренней структуре Работодателя;

6.	Information on the management methods used by the Employer;

6.	Сведения о методах управления, применяемых у Работодателя;

7.	Information on the preparation, approval, and implementation of specific decisions by the management of the Employer;

7.	Сведения о подготовке, принятии и осуществлении отдельных решений руководством Работодателя;

8.	Any trade secrets or confidential information belonging to subsidiaries or affiliated companies of the Employer;

8.	Любая коммерческая тайна либо конфиденциальная информация, принадлежащая аффилированным или дочерним компаниям Работодателя;

9.	Financial reports, data and plans of the Employer;

9.	Финансовые отчеты, экономические данные и планы Работодателя;

10.	Sales forecasts, marketing information, and technology and methods used by the Employer for market analysis;

10.	Прогнозы продаж, маркетинговая информация, технологии и способы осуществления анализа рынков сбыта, которые применяются Работодателем;

11.	Information on the Employer's business strategy, plans and transactions, as well as expansion plans;

11.	Информация о стратегии ведения бизнеса, бизнес-планах и сделках Работодателя, а также планах Работодателя по увеличению рынка сбыта;

12.	Information directly or indirectly pertaining to

12.	Информация, прямо или косвенно относящаяся

actual or anticipated investments by the Employer;

13.     Information pertaining to the Employer's pending or anticipated mergers, acquisitions, joint ventures or other business relationships, and to the results of any work, discussion, or analysis related thereto;

14.     Information pertaining to other employees of the Employer (Personal Data), such as phone lists, address lists, performance reviews, biographies, CVs, and any other information;

15.     Designs, photographs, sketches, samples, prototypes, drawings, specifications, formulae, know-how, technical data, reports, ideas, computer programs and the like belonging to the Employer;

16.     Information relating to the research and inventions being undertaken by the Employer;

17.     Research into, plans for, and any other information regarding the Employer's production and provision of services;

18.     Information obtained from third parties that the Employer has a duty to maintain confidential;

19.     Any document marked "Trade Secret" with the reference to the owner of such information by full name and address.

к текущей или планируемой инвестиционной деятельности, осуществляемой Работодателем;

13.     Информация Работодателя о проводимых или ожидаемых слияниях, поглощениях, создании совместных предприятий или иных формах деловых отношений, а также результаты работы, обсуждения или анализ, имеющий отношение к таким деловым отношениям;

14.     Информация, имеющая отношение к другим работникам Работодателя (персональные данные), как, например, телефонные и адресные списки, обзоры эффективности работы, биографии, резюме и иная информация;

15.     Проекты, фотографии, эскизы, чертежи, опытные образцы, рисунки, спецификации, формулы, ноу-хау, технические данные, отчеты, идеи, компьютерные программы и т.п., принадлежащие Работодателю;

16.     Информация, относящаяся к разработкам и изобретениям, осуществляемым Работодателем;

17.     Сведения о разработке новых видов продукции и услуг, планы выпуска продукции и услуг или иная информация, имеющая отношение к продукции и услугам Работодателя;

18.     Информация, полученная от третьих лиц, в отношении которой у Работодателя существуют обязательства по сохранению конфиденциальности;

19.     Любые документы с пометкой «Коммерческая тайна» с указанием собственника информации и его местонахождения.

**Employer/Работодатель:**

_____

Irina Fyodorovna Layer / Ирина Фёдоровна Лайер

General Director / Генеральный директор

**Employee/Работник:**

_____

Anton Vladimirovich Storozhenko / Антон Владимирович Стороженко