# EXHIBIT C

**Employment Agreement No. ____**                **Трудовой договор № ____**

Moscow                                            г. Москва

This Employment Agreement (the "**Agreement**") is entered into on 19 December 2014 by and between

(1)  **Limited Liability Company Spencer Stuart International** (the "**Employer**" or the "**Company**"), a company established and operating under the laws of the Russian Federation, located at 16A, Leningradskoe Shosse, Building 1, Floor 8, 125171, Moscow, the Russian Federation, Tax ID 7743897672, represented by Mr. Heath Daniel Brewer, the Director of Spencer Stuart International B.V., acting on the basis of the Minutes of the Extraordinary General Meeting of Shareholders of the Company dated ____ December 2014,

and

(2)  **Yaroslav Olegovich Glazunov** (the "**Employee**"), a citizen of the Russian Federation, residing at

████████████████████████

(each of the Company and the Employee referred to as the "**Party**" and together the "**Parties**").

The Parties hereby agree as follows:

**1     Subject Matter of Agreement**

1.1   The Company engages the Employee for the position of General Director of the Company and the Employee agrees to perform the function of the General Director.

1.2   The Agreement regulates relationships between the Company and the Employee in

Настоящий трудовой договор (далее - "**Договор**") заключен 19 декабря 2014 г. между

(1)  **Обществом с ограниченной ответственностью «Спенсер Стюарт Интернэшнл»** («**Работодатель**», или «**Компания**»), созданным в соответствии с законодательством Российской Федерации, расположенным по адресу: Российская Федерация, 125171, Москва, Ленинградское шоссе, дом 16А, строение 1, этаж 8, ИНН 7743897672, в лице г-на Хита Дэниэла Брюера, директора частной компании с ограниченной ответственностью Спенсер Стюарт Интернэшнл БВ, действующего на основании протокола внеочередного общего собрания участников Общества от ____ декабря 2014 года,

и

(2)  **Ярославом Олеговичем Глазуновым** («**Работник**»), гражданином Российской Федерации, проживающим по адресу:

████████████████████████

(Компания и Работник каждый в отдельности далее именуются «**Сторона**», и вместе - «**Стороны**»).

Стороны настоящим договорились о нижеследующем:

**1     Предмет Договора**

1.1   Компания поручает Работнику, а Работник принимает на себя выполнение работы в должности генерального директора Компании.

1.2   Настоящий Договор регулирует отношения между Компанией и

1

relation to the fulfilment by the latter of his duties as the General Director of the Company being the Company's sole executive body.

1.3    Work under the Agreement is a second job for the Employee in the Company.

**2      Obligations of the Parties**

2.1    The Employee within his competence shall:

2.1.1  Carry out the management of the business of the Company in a bona fide and reasonable manner, procure the implementation of decisions of General Meetings of participants of the Company, exercise powers referred to the authority of the General Director of the Company by the applicable laws of the Russian Federation, the Company's Charter, other internal regulations of the Company and this Agreement.

2.1.2  Perform his duties in accordance with the applicable laws of the Russian Federation, the Charter of the Company, other internal regulations of the Company and this Agreement.

2.1.3  Be loyal to the Company and fulfil all of his duties in good faith, applying all of his professional skills, using all of his abilities in the interest of the Company. The Employee shall not do anything which could cause damage to the Company or its goodwill or reputation. The Employee shall take all necessary reasonable actions to protect the Company's property and property interests from theft, misappropriation, harm or damage and shall be responsible for any property of the Company under his control.

2.1.4  Procure that the Company's obligations

Работником, связанные с исполнением Работником обязанностей Генерального директора Компании — единоличного исполнительного органа Компании.

1.3    Работа по Договору является работой по внутреннему совместительству в Компании.

**2      Обязанности Сторон**

2.1    Работник в пределах компетенции обязан:

2.1.1  Добросовестно и разумно осуществлять руководство текущей деятельностью Компании, обеспечивать выполнение решений общего собрания участников Компании, осуществлять полномочия, отнесенные действующим законодательством Российской Федерации, уставом Компании, другими внутренними правилами Компании и настоящим Договором к компетенции Генерального директора Компании.

2.1.2  При исполнении своих должностных обязанностей руководствоваться действующим законодательством Российской Федерации, уставом Компании, другими внутренними правилами Компании и настоящим Договором.

2.1.3  Быть лояльным по отношению к Компании и добросовестно исполнять все свои обязанности, прилагая все свои профессиональные навыки, максимально используя свои способности и руководствуясь интересами Компании. Работник обязуется не предпринимать каких-либо действий, которые могут причинить ущерб Компании или её репутации. Работник обязуется предпринимать все необходимые разумные меры для охраны собственности и имущественных интересов Компании от кражи, хищения, ущерба или порчи и отвечать за любое имущество Компании, которое находится под его контролем.

2.1.4  Обеспечивать своевременное и

2

under all agreements as well as all its other obligations are fulfilled in a timely and due manner.

2.1.5 Procure the development of the material and technical base of the Company in accordance with the Company's goals and objectives.

2.1.6 Procure that moveable and immoveable property owned by the Company (including property leased by the Company) is maintained in proper condition.

2.1.7 Procure organisation of appropriate technical equipment for all places of work and creation of working conditions according to the rules and regulations on labour protection and safety, fire fighting and sanitary norms and regulations existing in the Russian Federation, and procure that these rules and regulations are observed by employees of the Company in the course of their employment.

2.1.8 Organise that all taxes, levies and other compulsory payments payable under Russian laws are timely paid by the Company in full.

2.1.9 Organise the timely payment of salaries, bonuses, allowances and other monetary payments made in favour of employees of the Company.

2.1.10 Not disclose any information on the activities of the Company (with the exception of information that cannot be treated as an official secret or trade secret under the laws of the Russian Federation) that has become available to him in the course of his duties.

2.1.11 When concluding transactions involving the property owned by the Company (including its lease, sale, exchange, transfer by way of a gift, mortgage and temporary use,

---

надлежащее выполнение обязательств Компании, по любым договорам, а также иных обязательств Компании.

2.1.5 Обеспечивать развитие материально-технической базы Компании, в соответствии с предметом и целями ее деятельности.

2.1.6 Обеспечивать содержание в надлежащем состоянии принадлежащего Компании (в том числе и находящегося в аренде у Компании) движимого и недвижимого имущества.

2.1.7 Обеспечивать организацию надлежащего технического оборудования всех рабочих мест и создание на них условий работы, соответствующих правилам и внутренним документам по охране труда и технике безопасности, противопожарным и санитарным нормам и правилам, действующим в Российской Федерации, а также обеспечивать соблюдение указанных норм и правил работниками Компании, в ходе исполнения ими своих трудовых обязанностей.

2.1.8 Организовывать своевременную уплату Компанией в полном объеме всех установленных законодательством Российской Федерации налогов, сборов и иных обязательных платежей.

2.1.9 Организовывать своевременную выплату заработной платы, вознаграждений, пособий и иных выплат работникам Компании в денежной форме.

2.1.10 Не разглашать любые сведения о деятельности Компании (за исключением сведений, которые в соответствии с действующим законодательством Российской Федерации, не могут составлять служебную или коммерческую тайну), ставшие известными ему в связи с исполнением своих должностных обязанностей.

2.1.11 При совершении сделок с имуществом, принадлежащим Компании (включая его сдачу в аренду, продажу, мену, дарение, передачу в залог и временное

3

submission into the charter capital of other legal entities etc.), observe the requirements set forth by the applicable laws of the Russian Federation in respect of major transactions and related party transactions and other requirements with regard to transactions involving the property of the Company specified by a decision of the General Meeting of participants of the Company and/or the applicable laws of the Russian Federation.

пользование, внесение в уставный капитал других юридических лиц и т.д.), соблюдать требования, установленные действующим законодательством Российской Федерации в отношении крупных сделок, сделок в которых имеется заинтересованность, а также другие требования в отношении сделок с имуществом Компании, которые установлены решением общего собрания участников Компании и/или действующим законодательством Российской Федерации.

2.1.12   Ensure designated use of the Company's property in accordance with the goals and objectives of the Company set out in its foundation documents.

2.1.12   Обеспечивать использование имущества Компании по его целевому назначению в соответствии с предметом и целями деятельности Компании, которые установлены её учредительными документами.

2.1.13   Ensure protection of confidential information possessed by the Company and its counterparties, through:

2.1.13   Обеспечивать охрану конфиденциальности информации, обладателем которой являются Компания и её контрагенты следующими способами:

- introducing and maintaining trade secrets protection;

- устанавливая и обеспечивая в Компании режим коммерческой тайны;

- adopting all technical, organisational and legal measures required for protecting confidential information which constitutes a trade secret for the Company and its counterparties, including measures expressly provided for by the applicable laws;

- принимая для охраны конфиденциальности информации, составляющей коммерческую тайну Компании и ее контрагентов все необходимые технические, организационные и юридические меры, в том числе прямо предусмотренные действующим законодательством;

- ensuring protection of confidential information constituting a trade secret for the Company and its counterparties by way of incorporating the relevant provisions into civil and labour agreements entered into by the Company.

- включая необходимые условия по обеспечению конфиденциальности информации, составляющей коммерческую тайну Компании, в гражданско-правовые и трудовые договоры, заключаемые Компанией.

2.1.14   Reimburse to the Company all losses caused by his guilty actions in connection with breach of the legislation of the Russian Federation related to commercial secret. Such losses shall be determined in accordance with the civil legislation.

2.1.14   Возмещать Компании убытки, причиненные его виновными действиями в связи с нарушением законодательства Российской Федерации о коммерческой тайне. При этом убытки определяются в соответствии с гражданским

4

| | | | |
|---|---|---|---|
| 2.2 | The Company shall: | 2.2 | законодательством. |

**2.2** The Company shall:

**2.2.1** Provide work to the Employee in accordance with the Agreement, the Company's Charter and the relevant internal regulations of the Company.

**2.2.2** Guarantee to the Employee working conditions, which are required for the successful fulfilment of the duties.

**2.2.3** Maintain safe standards of work and conditions that meet the requirements of labour protection and hygiene.

**2.2.4** Pay the Employee a salary in a due and timely manner in accordance with this Agreement and internal regulations of the Company.

**3    Employment Term**

**3.1** The commencement date for work under the Agreement is 18 December 2014.

**3.2** The Agreement is entered into for a term of one (1) year (in accordance with article 59 of the Labour Code of Russian Federation).

**4    Working Time**

**4.1** The Employee shall work part-time in accordance with the terms of this Agreement (with normal working regime of 40 working hours per week).

**4.2** The Employee's working time is one (1) hour per day Monday through Friday (inclusive) (five (5) hours per week), with non-working days on Saturday and Sunday.

**4.3** The working hours of the Employee shall be from 6:30 pm until 7:30 pm.

**4.4** The Employee may be required to work on the basis of non-fixed working hours (i.e. to work from time to time such additional hours as are necessary for the proper performance of his duties under this Agreement).

---

законодательством.

**2.2** Компания обязуется:

**2.2.1** Предоставлять Работнику работу, обусловленную настоящим Договором, Уставом Компании и соответствующими внутренними правилами Компании.

**2.2.2** Обеспечить Работнику условия труда, необходимые для эффективного выполнения им своих обязанностей.

**2.2.3** Обеспечивать безопасность труда и условия, отвечающие требованиям охраны и гигиены труда.

**2.2.4** Своевременно и надлежащим образом выплачивать Работнику заработную плату в соответствии с условиями настоящего Договора и внутренними правилами Компании.

**3    Срок трудового договора**

**3.1** Датой начала работы по Договору является 18 декабря 2014 года.

**3.2** Договор заключен на срок один (1) год (в соответствии со статьей 59 Трудового кодекса Российской Федерации).

**4    Рабочее время**

**4.1** Работа по настоящему Договору является для Работника работой на условиях неполного рабочего времени (при нормальной продолжительности рабочего времени 40 часов в неделю).

**4.2** Продолжительность рабочего времени Работника с понедельника по пятницу (включительно) составляет один (1) час в день (пять (5) часов в неделю). Выходные дни — суббота и воскресенье.

**4.3** Рабочее время Работника устанавливается с 18:30 до 19:30.

**4.4** Работнику устанавливается режим ненормированного рабочего дня (т.е. Работник эпизодически может привлекаться к работе за пределами нормальной продолжительности рабочего времени, если это необходимо для выполнения его обязанностей в

5



| | | | |
|---|---|---|---|

**5 Place of Work**

5.1 The place of work shall be the Company's office in Moscow, Russia.

5.2 The Employee's work in other places as needed (both within the Russian Federation and outside of the Russian Federation) shall be documented as a business trip.

**6 Payment Terms**

6.1 For execution of employment duties in accordance with this Agreement the Employee shall be paid a monthly base salary of 2,000 Russian roubles (gross) (assuming that a monthly base salary would equal to 16,000 Russian roubles for normal duration of working time equal to 40 hours).

6.2 The Employee's salary shall be pro-rated to reflect the time actually worked by the Employee in the part-time working regime.

6.3 The remuneration shall be paid no less than once every half-month on the following days of the month for which the payment is due:

- on the 15th day of the current month – 50% (fifty percent) of the base salary will be paid; and

- on the 25th day of the current month – the remaining portion of the Employee's monthly base salary will be paid.

6.4 The remuneration shall be paid to the Employee by bank transfer to the Employee's account at a Russian bank designated by the Employee in writing in advance.

6.5 The Employer shall withhold personal income tax and make other deductions from the remuneration and other amounts due to the Employee hereunder as may be

соответствии с настоящим Договором)

**5 Место работы**

5.1 Местом работы является офис Компании в г. Москве, Россия.

5.2 Работа Работника в других местах по мере служебной необходимости (как в пределах Российской Федерации, так и за ее пределами) оформляется как служебная командировка.

**6 Условия оплаты труда**

6.1 За выполнение должностных обязанностей, предусмотренных условиями настоящего Договора, Работнику устанавливается должностной оклад до удержания налогов в размере 2 000 рублей в месяц (исходя из того, что при нормальной продолжительности рабочего времени, равной 40 часам в неделю должностной оклад составляет 16 000 рублей).

6.2 При работе на условиях неполного рабочего времени оплата труда Работника производится пропорционально отработанному им времени.

6.3 Заработная плата выплачивается не реже, чем каждые полмесяца в следующие дни месяца, за который производится оплата:

- 15-го числа текущего месяца – 50% (пятьдесят процентов) от должностного оклада Работника;

- 25-го числа текущего месяца – остальная часть должностного оклада Работника.

6.4 Заработная плата выплачивается Работнику банковским переводом на счет в российском банке, заблаговременно указанный Работником в письменной форме.

6.5 Из заработной платы и иных сумм, выплачиваемых Работнику в связи с настоящим Договором, Работодатель удерживает налог на доходы физических



applicable pursuant to applicable Russian legislation, and shall transfer the amounts so withheld as designated.

лиц, а также, если применимо, производит иные удержания в соответствии с действующим российским законодательством и перечисляет удержанные суммы по назначению.

**6.6** The Employer may in its absolute discretion pay the Employee a bonus of such amount, at such intervals and subject to such conditions as the Employer may in its absolute discretion determine from time to time. If the Employer makes a bonus payment to the Employee in respect of a particular financial year of the Employer, it shall not be obliged to make subsequent bonus payments in respect of subsequent financial years of the Employer. The bonus shall be payable in Russian roubles.

**6.6** Работодатель вправе по своему собственному усмотрению выплачивать Работнику премию в размере, сроки и на условиях, определяемых Работодателем по его абсолютному усмотрению. В случае если Работодатель выплачивает премию Работнику в отношении конкретного финансового года Работодателя, Работодатель не обязан выплачивать премию в отношении каждого последующего финансового года Работодателя. Премия подлежит выплате в рублях.

**7    Obligatory Social Insurance**

**7.1** The Employee shall be subject to obligatory social insurance with the state non-budgetary funds at the cost and expense of the Employer under the procedure stipulated by Russian legislation.

**7    Обязательное социальное страхование**

**7.1** Работник подлежит обязательному социальному страхованию в государственных внебюджетных фондах за счет средств Работодателя в порядке, предусмотренном российским законодательством.

**8    Reimbursement of Expenses**

**8.1** The Employer shall reimburse all of the Employee's reasonable and necessary expenses incurred by the Employee in connection with the performance of his duties under this Agreement. Such reimbursement will take effect on condition that the Employee provides the Employer in a timely manner with receipts and/or other documents confirming expenses in accordance with the Employer's rules of reimbursement of business expenses, and with applicable legislation.

**8    Возмещение расходов**

**8.1** Работодатель возместит Работнику все разумные и необходимые расходы, понесенные Работником в связи с выполнением им своих обязанностей по настоящему Договору. Такие возмещения производятся при условии своевременного предоставления Работником Работодателю чеков и/или иных документов, подтверждающих расходы в соответствии с правилами Работодателя по возмещению деловых расходов и действующим законодательством.

**8.2** Business-related expenses of the Employee will be reimbursed by the Employer in accordance with the Employer's policies.

**8.2** Расходы Работника, связанные с осуществлением им трудовой деятельности, подлежат возмещению Работодателем в соответствии с локальными нормативными актами Работодателя.

7

| | | | | |
|---|---|---|---|---|
| 9 | **Vacation** | | 9 | **Отпуск** |

| | | | | |
|---|---|---|---|---|
| 9.1 | The Employee shall be entitled to twenty eight (28) calendar days of annual paid vacation plus Russian non-working holidays. | | 9.1 | Работник имеет право на ежегодный оплачиваемый отпуск продолжительностью двадцать восемь (28) календарных дней, а также на нерабочие праздничные дни в Российской Федерации. |
| 9.2 | In addition to the main annual paid vacation set out in Clause 9.1. above, the Employee shall be entitled to additional annual paid vacation of three (3) calendar days as compensation for the non-fixed working hours. | | 9.2 | В дополнение к ежегодному основному оплачиваемому отпуску, указанному выше в пункте 9.1 Договора, Работнику предоставляется ежегодный дополнительный оплачиваемый отпуск за ненормированный рабочий день продолжительностью три (3) календарных дня. |
| 9.3 | The Employee shall take his vacation on dates agreed with the Company and in accordance with the Company's vacation policy. | | 9.3 | Работнику предоставляется отпуск в даты, согласованные с Компанией, и в соответствии с правилами Компании по предоставлению отпусков. |
| 9.4 | The annual paid vacation shall be provided to the Employee on the same dates as his annual paid vacation at his main place of work. | | 9.4 | Ежегодный оплачиваемый отпуск предоставляется Работнику одновременно с отпуском по основной работе. |

| | | | | |
|---|---|---|---|---|
| 10 | **Temporary Disability** | | 10 | **Временная нетрудоспособность** |

| | | | | |
|---|---|---|---|---|
| 10.1 | The Employee must, where possible, promptly inform the official authorized by the Employer in the event of temporary disability (illness, accident, etc.). | | 10.1 | При наступлении временной нетрудоспособности (болезни, несчастном случае и др.) Работник должен, по возможности, незамедлительно сообщить об этом уполномоченному лицу Работодателя. |
| 10.2 | The Employee must submit a medical certificate to the Employer confirming his temporary disability (illness, accident, etc.) no later than the third day after such temporary disability has ended. | | 10.2 | Работник обязан предоставить Работодателю листок нетрудоспособности, подтверждающий его временную нетрудоспособность (болезнь, несчастный случай и др.), не позднее 3 (трех) дней после окончания такой нетрудоспособности. |
| 10.3 | The Employer shall pay to the Employee a temporary disability benefit pursuant to applicable legislation. | | 10.3 | Работодатель выплачивает Работнику пособие по временной нетрудоспособности в соответствии с действующим законодательством. |
| 10.4 | The Employee may be entitled to become a member of the voluntary medical insurance scheme financed by the Employer, subject to satisfying certain eligibility criteria and | | 10.4 | Работнику может быть предоставлено право на участие в программе добровольного медицинского страхования, финансируемой |



| | |
|---|---|
| subject to the policies of the Employer and the rules of the scheme. | Работодателем, при условии выполнения определенных требований, необходимых для участия в указанной программе, а также в порядке и на условиях, предусмотренных локальными нормативными актами Работодателя и правилами указанной программы. |

| | | | |
|---|---|---|---|
| **11** | **Termination of Employment** | **11** | **Прекращение трудовых отношений** |
| 11.1 | This Agreement may be terminated on grounds provided for by the Labour Code of the Russian Federation. | 11.1 | Договор может быть прекращен по основаниям, предусмотренным Трудовым кодексом Российской Федерации. |
| 11.2 | In the event that the Employee elects to terminate his employment with the Company voluntarily, he shall give the Company at least 1 (one) month's written notice before the date of such termination. | 11.2 | Если Работник решит прекратить трудовые отношения с Компанией, то он должен направить Компании письменное уведомление не позднее, чем за 1 (один) месяц до даты прекращения трудовых отношений. |
| 11.3 | In the event that the Company terminates the Agreement before the end of its term by a decision of an authorized body of the Company and the termination is not due to wrongful actions/inaction of the Employee, the Company will pay the Employee a compensation in the amount of 3 average monthly salaries. | 11.3 | В случае расторжения Договора Компанией до истечения срока его действия по решению уполномоченного органа Компании при отсутствии виновных действий/бездействия Работника, Компания выплачивает Работнику компенсацию в размере 3 средних месячных заработков. |
| 11.4 | Upon termination of this Agreement, the Employee shall transfer to the person appointed by the Employer all his files connected with his employment with the Employer, including all documents and details of contacts at the Employer's suppliers, customers and business partners, as well as at state authorities and the like, no later than on the last day of the Employee's employment with the Employer (i.e. day of dismissal). | 11.4 | В случае прекращения настоящего Договора Работник обязан передать уполномоченному Работодателем лицу все дела, связанные с его работой у Работодателя, в том числе всю документацию, печать Компании, данные о контактных лицах поставщиков, заказчиков, деловых партнеров Работодателя, данные о контактных лицах в государственных органах и т.п., не позднее последнего дня работы Работника у Работодателя (т.е. дня увольнения). |
| **12** | **Loyalty, Protection and Good Faith** | **12** | **Лояльность, защита и добросовестность** |
| 12.1 | The Employee shall be loyal to the Company, and shall perform his duties in good faith, with professional skill, to the best of his ability, and in keeping with the best interests of the Company. The Employee shall undertake no action which is | 12.1 | Работник должен быть лояльным по отношению к Компании, должен выполнять свои обязанности добросовестно, используя свои профессиональные знания и навыки, максимально используя свои |

substantially likely to damage the Company or its reputation. The Employee shall take all reasonable measures necessary to protect the property and property interests of the Company from theft, pilferage, damage, or spoilage, and to be responsible for any property of the Company entrusted to such Employee. The Employee will not seek to obtain or accept commissions or any other compensation for his personal benefit from contractors or suppliers of services. The Employee shall treat the property of the Company (including any intellectual property rights) with due care and shall use it appropriately.

## 13    Return of the Company's Property

13.1    The Company shall provide the Employee with the equipment, tools, technical documentation and other means required by him to perform his employment duties. All information and other materials relating to the Company such as (but not limited to) records, files, financial documents, visiting cards, stationary, mobile telephone, computers, computer disks, automobiles, advertisements, brochures, office supplies, price lists, client information, directories and business plans are the property of the Company, and shall not be removed from the office premises by the Employee without the prior express permission of the Company. The Employee shall return all such property within one day upon the termination of the employment relationship, or as requested by the Company.

## 14    Safe Environment

14.1    The Company shall maintain good and safe working conditions for the Employee, and provide the Employee with such space and materials as are necessary for the

способности в соответствии с интересами Компании. Работник обязуется не совершать действия, которые с большой долей вероятности могут нанести ущерб Компании или ее репутации. Работник должен принимать все возможные меры, необходимые для защиты имущества и имущественных интересов Компании от кражи, хищения, ущерба или порчи, а также нести ответственность за любое вверенное ему имущество Компании. Работник не должен получать или принимать вознаграждения или иную компенсацию для своей личной выгоды от подрядчиков или поставщиков услуг. Работник должен бережно относиться к имуществу Компании (включая права на объекты интеллектуальной собственности) и использовать его надлежащим образом.

## 13    Возврат имущества Компании

13.1    Компания предоставляет Работнику оборудование, инструменты, техническую документацию и другие средства, необходимые ему для выполнения своих трудовых обязанностей. Вся информация и другие материалы, касающиеся Компании, такие как (без ограничений) записи, файлы, финансовые документы, визитные карточки, канцелярские принадлежности и материалы, мобильный телефон, компьютеры, компьютерные диски, автомобили, рекламные материалы, брошюры, канцелярские товары, прайс-листы, информация о клиентах, справочники и бизнес-планы являются имуществом Компании и не должны выноситься из офисных помещений Работником без предварительного прямо выраженного разрешения Компании.

## 14    Безопасные условия

14.1    Компания обеспечивает Работнику безопасность и условия труда, отвечающие требованиям охраны и гигиены труда, а также предоставляет Работнику место и материалы,

10

successful fulfilment of his duties.

**14.2** Work shall be executed in working conditions which are within normal limits.

**15** **Know-how**

**15.1** The Employee is obligated to comply with the trade secrets regime established by the Employer with respect to the Employer's information constituting trade secrets (know-how), including trade secrets (know-how) created by the Employee in connection with performing the Employee's employments duties or specific assignments from the Employer. For the avoidance of any doubt, any information that becomes available to the Employee in connection with the Employee's performance of the Employee's employment duties under this Agreement or specific assignments from the Employer and/or that relates to the commercial activity of the Employer as well as the intellectual property owned by the Employer in connection with which the Employer has introduced a trade secret regime is a trade secret (know-how) of the Employer (hereinafter the "**Know-how**").

**15.2** The Employee hereby agrees and acknowledges that the Know-how is and shall remain the sole property of the Employer at any time, including in the event of termination of employment relations between the Parties for any reason whatsoever.

**15.3** The Employee undertakes to maintain confidentiality (secrecy) in respect to the Know-how, not to disclose the Know-how to third parties, not to use any such Know-how in any way which is not specifically authorized hereunder or otherwise by the Employer (including for the Employee's own purposes or benefits) and to endeavour to prevent unauthorized disclosure of such Know-how to third parties.

необходимые для успешного выполнения его обязанностей.

**14.2** Работа осуществляется в условиях труда, не отклоняющихся от нормальных.

**15** **Ноу-хау**

**15.1** Работник обязан соблюдать режим коммерческой тайны, установленный Работодателем в отношении сведений, являющихся секретом производства (ноу-хау) Работодателя, включая секреты производства (ноу-хау), созданные Работником в связи с выполнением трудовых обязанностей Работника или конкретного задания Работодателя. Во избежание сомнений, любые сведения, которые становятся известны Работнику в связи с выполнением Работником трудовых обязанностей Работника по настоящему Договору или конкретного задания Работодателя и/или касается коммерческой деятельности Работодателя, а также интеллектуальная собственность, принадлежащая Работодателю, в отношении которой Работодателем введен режим коммерческой тайны является секретом производства (ноу-хау) Работодателя (далее – «**Ноу-хау**»).

**15.2** Настоящим Работник соглашается и подтверждает, что Ноу-хау принадлежит исключительно Работодателю и продолжает принадлежать исключительно Работодателю в любое время, в том числе в случае прекращения трудовых отношений между Сторонами по любой причине.

**15.3** Работник обязуется соблюдать конфиденциальность (секретность) в отношении Ноу-хау, не разглашать Ноу-хау третьим лицам, не использовать любое Ноу-хау любым способом, прямо не разрешенным в соответствии с настоящим Договором или иным образом Работодателем (включая в личных целях или для личной выгоды Работника), и принимать меры для предотвращения несанкционированного разглашения Ноу-

| | | | |
|---|---|---|---|
| | | | хау третьим лицам. |

15.4   With the exception of use of the Know-how for the performance by the Employee of his employment duties under this Agreement or of specific assignments from the Employer and/or as outlined in other local regulatory acts of the Employer, the Employee undertakes, at any time, directly or indirectly, not to use the Know-how for any other purposes, including not to reproduce, decompile, disassemble, disclose or transfer to third parties, in whole or in part, any Know-how.

15.5   The Employee undertakes not to discuss specific counterparties of the Employer and/or their projects with the employees of the Employer or with third parties not directly associated with any such project.

15.6   The Employee undertakes not to use, while employed by the Employer, any information that constitutes trade secrets (know-how) of any third party, unless properly authorized by the owner of the information that constitutes such trade secrets (know-how). In the case of violation of this Clause 15.6, the Employee shall bear sole and full responsibility for such unauthorized use of trade secrets (know-how) of the relevant third party.

15.7   The Employee undertakes not to take away, remove or send out by means of mail or electronic mail any tangible media of the information containing the Know-how, in particular any of the Employer's objects, documents, files, records, information in electronic format and the like from the Employer's premises, if such removal is not connected with the performance by the Employee of his employment duties under this Agreement. The Employee shall immediately return any such tangible media of the information containing the Know-how

15.4   За исключением использования Ноу-хау в целях исполнения Работником своих трудовых обязанностей по настоящему Договору или конкретного задания Работодателя и/или по иным локальным нормативным актам Работодателя, Работник обязуется ни в какое время прямо или косвенно не использовать Ноу-хау для каких-либо иных целей, в том числе не воспроизводить, не декомпилировать, не разделять, не разглашать и не передавать третьим лицам, полностью или в части, любое Ноу-хау.

15.5   Работник обязуется не обсуждать конкретных контрагентов Работодателя и/или их проекты с работниками Работодателя или третьими лицами, прямо не связанных с любым таким проектом.

15.6   Работник обязуется не использовать во время работы у Работодателя какие-либо сведения, составляющие секрет производства (ноу-хау) любого третьего лица, если только правообладатель сведений, составляющих такой секрет производства (ноу-хау), не уполномочил Работника на то должным образом. В случае нарушения настоящего пункта 15.6, Работник будет нести единоличную и полную ответственность за такое неразрешенное использование секретов производства (ноу-хау) соответствующего третьего лица.

15.7   Работник обязуется не выносить, не вывозить или не высылать по почте или средствами электронной связи из помещений предприятия Работодателя любые материальные носители информации, содержащие Ноу-хау, в частности, предметы, документы, досье, записи, информацию в электронной форме и т.п., принадлежащие Работодателю, если это не связано с исполнением Работником своих трудовых обязанностей по настоящему Договору. Работник обязуется

as soon as the business need for them discontinues. Not later than on the last day of employment, the Employee shall return to the Employer or the Employer's representative all the tangible media of the information containing the Know-how, in particular, all objects, documents, files, records, information in electronic format and the like obtained or created by the Employee during the course of employment under or in connection with this Agreement.

15.8 Upon termination of this Agreement, or at any other time at the Employer's request, the Employee shall deliver to the Employer's exclusive possession and control all documents, handwritten notes, computer files, databases, programs, or any other means used for the storage and receipt of the Know-how.

15.9 In the event that a state body authorized to obtain the Know-how in accordance with the legislation of the Russian Federation requests the Employee to provide the Know-how, the Employee shall immediately inform the authorized representative of the Employer.

15.10 The Employee undertakes not to use or publish any data or information acquired by the Employee during the course of employment under this Agreement without the Employer's prior written consent.

15.11 In the event of unauthorized disclosure of the Know-how to any third party for any reason whatsoever, the Employee shall be financially liable for, and shall fully compensate the Employer for, all damages, costs, and expenses caused to the Employer by a disclosure of the Know-how in breach of this Agreement, and shall be

---

незамедлительно вернуть любые такие материальные носители информации, содержащие Ноу-хау, как только деловая необходимость в них отпадет. Не позднее дня прекращения трудовых отношений Работник обязан передать Работодателю или представителю Работодателя все материальные носители информации, содержащие Ноу-хау, в частности, все предметы, документы, досье, записи, информацию в электронной форме и т.п., полученные или созданные Работником в ходе трудовой деятельности по настоящему Договору или в связи с ним.

15.8 При прекращении настоящего Договора или в любое другое время по требованию Работодателя Работник обязан предоставить Работодателю в полное владение и под полный контроль все документы, рукописные записи, компьютерные файлы, базы данных, программы или иные прочие средства, используемые для хранения и получения Ноу-хау.

15.9 В случае, если от государственных органов, уполномоченных на получение Ноу-хау в соответствии с законодательством Российской Федерации, Работником получен запрос о предоставлении Ноу-хау, Работник незамедлительно уведомляет о таком запросе уполномоченного представителя Работодателя.

15.10 Работник обязуется не использовать и не публиковать какие-либо сведения или информацию, полученные им в связи с его трудовой деятельностью по настоящему Договору без предварительного письменного согласия Работодателя.

15.11 В случае неразрешенного раскрытия Ноу-хау какому-либо третьему лицу по любой причине, Работник несет имущественную ответственность за все убытки, затраты и расходы, причиненные Работодателю разглашением Ноу-хау в нарушение настоящего Договора, и обязуется полностью возместить

disciplinary liable in accordance with the laws of the Russian Federation and local regulatory acts of the Employer establishing the trade secrets regime in respect to the Know-how and liability for its breach. If the Employee breaches this Agreement by disclosing any legally-protected secrets including the Know-how, the Employer shall have the right to dismiss the Employee pursuant to the provisions of Subclause "в", Clause 6, Article 81 of the Labor Code of the Russian Federation.

**15.12** Clauses 15.1 – 15.11 of this Agreement shall survive termination of this Agreement and shall remain in full force and effect for an indefinite period, but no less than that until the expiry of the Employer's exclusive right to the Know-how.

## 16  Intellectual Property

**16.1** All property rights to any intellectual property objects resulting from the Employee's labor activities under or in connection with this Agreement, including, but not limited to, all the results of the Employee's intellectual activity obtained by the Employee while using the premises, information, or other property of the Employer, including the Know-how, shall belong to the Employer upon their creation.

**16.2** The Employee agrees to promptly notify the Employer in writing of any protectable intellectual property objects created by the Employee during the course of labor activities under or in connection with this Agreement and to submit to the Employer all documents, copies and other materials associated with such intellectual property

---

Работодателю все такие убытки, затраты и расходы, а также Работник несет дисциплинарную ответственность в соответствии с законодательством Российской Федерации и локальными нормативными актами Работодателя, устанавливающими режим коммерческой тайны в отношении Ноу-хау и ответственность за его нарушение. В случае разглашения Работником охраняемой законом тайны, в том числе Ноу-хау, в нарушение настоящего Договора Работодатель вправе уволить Работника в соответствии с подпунктом «в» пункта 6 статьи 81 Трудового кодекса Российской Федерации.

**15.12** Пункты 15.1 – 15.11 настоящего Договора будут оставаться в полной юридической силе и продолжать действовать после прекращения действия настоящего Договора в течение неопределенного срока, но не менее, чем до прекращения действия исключительного права Работодателя на Ноу-хау.

## 16  Интеллектуальная собственность

**16.1** Все имущественные права на любые объекты интеллектуальной собственности, являющиеся результатом трудовой деятельности Работника по настоящему Договору или в связи с ним, в том числе, но не ограничиваясь этим, все результаты интеллектуальной деятельности Работника, полученные им с использованием помещений, информации или иного имущества Работодателя, в том числе с использованием Ноу-хау, принадлежат Работодателю с момента создания таких объектов.

**16.2** Работник обязуется незамедлительно сообщать Работодателю в письменной форме обо всех охраноспособных объектах интеллектуальной собственности, созданных Работником в ходе трудовой деятельности по настоящему Договору или в связи с ним, а также передавать Работодателю все документы, копии и прочие материалы,

14

objects.

16.3 The property rights to intellectual property objects shall belong to the Employer in all countries of the world. The Employee undertakes to take such legal action and comply with such formalities as may be required under the laws of any country in the world so as to confirm (patent or register) the Employer's rights to such objects.

16.4 The Employee hereby authorizes the Employer to act on the Employee's behalf regarding all issues connected with the confirmation or registration of the Employer's intellectual property rights to objects set out in Clause 16.1 of this Agreement.

16.5 The Employee and the Employer hereby agree that for all of the intellectual property objects specified in Clause 16.1 of this Agreement and created by the Employee if the Employee has duly transferred property rights to such intellectual property objects to the Employer, the Employer shall pay the Employee a lump sum author's fee (hereinafter the "**Fee**"). The amount of the Fee is to be set on case-by-case basis in a separate agreement between the Parties.

## 17 Personal Data

17.1 The Employer agrees to ensure appropriate processing (including storage and use) and protection of the Employee's personal data received by the Employer in connection with this Agreement pursuant to Russian legislation.

17.2 The Employee hereby gives his consent that the processing, including receipt, storage, integration, transfer or any other use, of the Employee's personal data received by the Employer in connection with

связанные с такими объектами.

16.3 Имущественные права на объекты интеллектуальной собственности принадлежат Работодателю во всех странах мира. Работник обязуется совершать все юридические действия и выполнить все формальности, которые могут потребоваться по законодательству любой страны мира для закрепления (патентования, регистрации) прав на такие объекты за Работодателем.

16.4 Работник настоящим уполномочивает Работодателя действовать от своего имени по всем вопросам, связанным с закреплением или регистрацией за Работодателем прав интеллектуальной собственности на объекты, указанные в пункте 16.1 настоящего Договора.

16.5 Работник и Работодатель настоящим договорились о том, что за все созданные Работником и надлежащим образом переданные в распоряжение Работодателю права на объекты интеллектуальной собственности, указанные в пункте 16.1 настоящего Договора, Работодатель выплатит Работнику единовременное авторское вознаграждение (далее – «**Вознаграждение**»). Размер Вознаграждения будет согласован Работником и Работодателем в каждом случае в отдельном соглашении между Сторонами.

## 17 Персональные данные

17.1 Работодатель обязуется обеспечить надлежащую обработку (в том числе хранение и использование) и защиту персональных данных Работника, полученных Работодателем в связи с настоящим Договором, в соответствии с российским законодательством.

17.2 Работник дает свое согласие на то, что обработка, в том числе получение, хранение, комбинирование, передача или любое другое использование персональных данных Работника,

this Agreement will be carried out by the Employer's authorized officers under the procedure established by the Employer.

17.3 The Employee hereby undertakes not to disclose the personal data of other employees.

## 18 Dispute Resolution

18.1 The Agreement shall be governed and construed in accordance with the legislation of the Russian Federation. Disputes under the Agreement shall be settled in the courts of the Russian Federation pursuant to the procedures established by the applicable legislation of the Russian Federation.

## 19 Amendments

19.1 Any amendments and addenda to this Agreement shall be made in writing and signed by the Parties.

19.2 This Agreement may be amended at any time by agreement between the Parties and to the extent permitted by Russian legislation.

## 20 Severability

20.1 In case any provision and/or part of the Agreement is deemed void, illegal, invalid or unenforceable by a court of competent jurisdiction in accordance with any legislative act, then such provision and/or part of the Agreement shall be deemed amended to the extent (and only to the extent) necessary to cause such provision and/or part of the Agreement to be in compliance with the applicable legislative act; provided, that the Parties intend for all powers, rights and obligations under the Agreement to be enforceable to the fullest extent permissible under the applicable legislative act. The validity, legality or

---

полученных Работодателем в связи с настоящим Договором, будет осуществляться уполномоченными Работодателем лицами в порядке, установленном Работодателем.

17.3 Работник обязуется не разглашать персональные данные других работников.

## 18 Разрешение споров

18.1 Договор регулируется и подлежит толкованию в соответствии с законодательством Российской Федерации. Споры, возникающие в связи с Договором, подлежат рассмотрению судами Российской Федерации в соответствии с процедурами, установленными применимым законодательством Российской Федерации.

## 19 Изменения

19.1 Все изменения и дополнения к Договору оформляются в письменной форме и подписываются Сторонами.

19.2 В любое время по соглашению Сторон в настоящий Договор могут быть внесены любые изменения и дополнения, не противоречащие российскому законодательству.

## 20 Частичная недействительность положений Договора

20.1 Если какое-либо положение и/или часть Договора будут признаны судом компетентной юрисдикции ничтожными, незаконными, недействительными или неприменимыми в соответствии с любым законодательным актом, то такое положение и/или часть Договора будут считаться измененными в степени (и только в такой степени), которая необходима для обеспечения соответствия такого положения и/или части Договора действующему нормативно-правовому акту; при условии, что Стороны намереваются обеспечить исполнимость всех

| | |
|---|---|
| enforceability of the remaining provisions and/or parts of the Agreement shall not be affected in any way and shall preserve its full legal force. | полномочий, прав и обязательств по Договору в максимальной степени, возможной согласно применимому нормативно-правовому акту. Действительность, законность или применимость остальных положений и/или частей Договора не будет затронута, и остальные положения и/или части Договора сохраняют свою полную юридическую силу. |

| | | | | |
|---|---|---|---|---|
| **21** | **Final Provisions** | **21** | **Заключительные положения** |
| **21.1** | The Agreement is made in two originals (each in Russian and in English). Each of the Parties shall keep one original copy of the Agreement. In the event that any discrepancy arises between the English and the Russian versions, the Russian version shall prevail. | **21.1** | Договор на русском и английском языках подписан в двух экземплярах. Каждая из Сторон получает один экземпляр Договора на русском и английском языках. В случае разночтений между русской и английской версиями Договора, русская версия Договора имеет преимущественную силу. |
| **22** | **Signatures of the Parties** | **22** | **Подписи Сторон:** |

**For and on behalf of the Company/ От имени Компании**

Authorised signatory / Уполномоченное лицо

_____

г-н Хит Дэниэл Брюер / Mr. Heath Daniel Brewer

**Employee / Работник**

_____

Yaroslav Olegovich Glazunov / Ярослав Олегович Глазунов

Экземпляр Договора получил / Hereby I confirm that I received an original copy of the Agreement:

_____          " ____ " _____ 2014

Yaroslav Olegovich Glazunov / Ярослав Олегович Глазунов

17