# EXHIBIT E

DRAFT - SUBJECT TO APPROVAL OF THE COMPENSATION COMMITTEE

**TERM SHEET**
**Yaroslav Glazunov**
**Draft 09/03/20**

| Date of Hire | October 1, 2020 or such other date as may be mutually agreed |
|---|---|
| Location | Moscow |
| Base Compensation: | $250,000 per annum |
| Sign-on: | $500,000 cash secured by a promissory note which will be forgiven on 1st, 2nd, 3rd, 4th, and 5th anniversary of payment date, provided that on that date you remain in active, full-time employment with Korn/Ferry (this prom note is fully forgiven upon involuntary termination, death or permanent disability).<br><br>$250,000 - within 30 days from the date of hire<br>$250,000 - 120 days from the date of hire<br><br>Management will recommend to the Compensation Committee that you be approved for an award of $100,000 of restricted shares. The shares will be issued effective on the later of your date of hire or the date they are approved by the Committee and will vest in five installments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the effective date of the grant.<br><br>In recognition of the bonuses you will forfeit from your current employer, Korn/Ferry will pay you $825,000 secured by a promissory note which will be forgiven on 1st, 2nd, 3rd, 4th, and 5th anniversary of payment date, provided that on that date you remain in active, full-time employment with Korn/Ferry (this prom note is fully forgiven upon involuntary termination, death or permanent disability).<br><br>$412,500 - within 30 days from the date of hire<br>$412,500 - 120 days from the date of hire |
| FY21 Guaranteed Incentive: | For FY 2021 (May 1, 2020 through April 30, 2021), your annual incentive will be **guaranteed at $1,500,000**. This guarantee will be secured by a promissory note which will be forgiven in five equal installments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the effective payment date, provided that on that date you remain in active, full-time employment with Korn/Ferry (this note is fully forgiven upon involuntary termination, death or permanent disability). |

| | |
|---|---|
| FY22 Guaranteed Incentive: | For FY 2022 (May 1, 2021 through April 30, 2022), your annual incentive will be **guaranteed at $1,500,000**. Unearned portion of this guarantee will be secured by a promissory note which will be forgiven in five equal installments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the effective payment date, provided that on that date you remain in active, full-time employment with Korn/Ferry (this note is fully forgiven upon involuntary termination, death or permanent disability). |
| FY23 Guaranteed Incentive: | For FY 2023 (May 1, 2022 through April 30, 2023), your annual incentive will be **guaranteed at $1,750,000**. Unearned portion of this guarantee will be secured by a promissory note which will be forgiven in five equal installments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the effective payment date, provided that on that date you remain in active, full-time employment with Korn/Ferry (this note is fully forgiven upon involuntary termination, death or permanent disability). |
| Authorization to Enter into Agreement for Employment: | You represent and warrant that you are currently legally available to work for Korn/Ferry, that you have the full legal right and authority to negotiate and accept an offer letter of employment and to render the services as required under such offer letter, and that by negotiating, accepting and signing such offer letter and rendering such services, you will not have breached or violated and will not breach or otherwise violate any contract or legal obligation that you may owe to any third party.  You further represent and warrant that you have not and will not breach or violate any contract or legal obligation owed to any third party, e.g., a fiduciary obligation owed to your current employer.  If for any reason whatsoever, any of the foregoing representations or warranties are untrue or inaccurate, or become untrue or inaccurate after your acceptance of such offer letter, in any respect, then Korn/Ferry shall have the right to terminate your employment for "Cause", in which event Korn/Ferry shall have no further obligations under such offer letter. |