# EXHIBIT J

| | |
|---|---|
| **CONTRACT OF EMPLOYMENT № ___** | **ТРУДОВОЙ ДОГОВОР № ___** |
| **Moscow**                    ___ September 2020 | **Москва**                    ___ сентября 2020г. |
| **"Hay Group" Limited Liability Company**, a legal entity duly incorporated under Russian law (or its successor entity in Russia), hereinafter referred to as "the Company" or "Employer", represented by **Julian Christopher Slater**, on the one hand, and **Glazunov Yaroslav _____**, hereinafter referred to as "the Employee", on the other hand, jointly referred to as the Parties, have concluded the present Contract of Employment, (hereinafter referred to as "the Contract"), as follows: | **Общество с ограниченной ответственностью** (или его правопреемник в России) **"Хэй Груп"**, являющееся юридическим лицом по российскому законодательству, именуемое в дальнейшем «Общество» или «Работодатель», в лице Финансового менеджера **Julian Christopher Slater**, с одной стороны, и **Глазунов Ярослав _____**, именуемый в дальнейшем «Сотрудник», с другой стороны, совместно именуемые в дальнейшем «Стороны», заключили настоящий трудовой договор (далее – «Договор») о нижеследующем: |
| **1. Subject of the Contract** | **1. Предмет Договора** |
| 1.1. The Employee undertakes to duly perform all duties in the capacity of **Senior Client Partner** in accordance with the Contract, Employer's Internal Employment Regulations approved by the Employer, other local normative acts, employment law and other normative legal acts, whereas the Employer undertakes to provide Employee with necessary working conditions, pay wages and ensure social benefits for the Employee as set forth in the legislation and the Contract. | 1.1. Сотрудник обязуется надлежащим образом выполнять трудовые обязанности в должности **Старшего партнера по работе с клиентами**, в соответствии с Договором, утвержденными Работодателем Правилами внутреннего трудового распорядка, другими локальными нормативными актами, положениями трудового законодательства и иных нормативных правовых актов, а Работодатель обязуется обеспечивать Сотруднику необходимые условия для работы, выплачивать заработную плату и предоставлять социально-бытовые льготы в соответствии с законодательством и Договором. |
| 1.2. The employment under the Contract shall be the principal employment of the Employee. | 1.2. Работа по Договору является для Сотрудника основным местом работы. |
| 1.3. Working conditions at the working place are acceptable. | 1.3. Условия труда на рабочем месте являются допустимыми. |
| 1.4. Employee's job functions, besides the Contract, are prescribed by the job description. When being hired the Employee shall be made familiar with the provisions of the job description, against signature. The job description shall be an integral part of the Contract (Appendix No. 1). | 1.4.    Описание трудовых функций Сотрудника, в дополнение к Договору, содержится в должностной инструкции. При приеме на работу Сотрудник должен быть ознакомлен с положениями должностной инструкции под роспись. Должностная инструкция является неотъемлемой частью Договора (Приложение № 1). |
| 1.5. The place of work shall be the premises where the Employer carries out its business activity, located at: RF, 109147, g. Moskva, Taganskaya ulica, d. 17-23, eht/pom/kom 7/1/14,15 . | 1.5. Местом работы является помещение, где Работодатель осуществляет свою деятельность, находящееся по адресу: РФ, 109147, г. Москва, Таганская улица, д. 17-23, эт/пом/ком 7/1/14,15. |
| **2. Term of the Contract** | **2. Срок действия трудового договора** |
| 2.1. The Contract shall come into force upon its signing by the Parties. The Employee shall start performing his duties on **1 October 2020.** | 2.1. Договор вступает в силу с момента его подписания Сторонами. Датой начала работы по Договору является **01 октября 2020 г** |
| 2.2. Starting from the date as set forth in clause 2.1. of the Contract, the Employee shall be required to successfully | 2.2. Начиная с даты, указанной в п. 2.1. Договора, Сотруднику устанавливается испытательный срок |

complete a 3-months probation period, during which time either party may terminate the Contract without any severance pay upon 3 days' termination notice explaining the reasons of the termination. All provisions of the Contract shall be binding for the Employee during the probation period.

2.3. The Contract is concluded for an indefinite time term.

## 3. Wages

3.1. The Employee will be paid a monthly salary in the amount of **1,566,458.08 Rubles (One million five hundred sixty-six thousand four hundred fifty-eight Rubles eight Kopecks)** before personal income tax.

3.2. Wages are payable twice (2) per month on the following days: the fifteenth (15th) and the last day of each month with the presentation of pay receipt. Wages are payable by means of transfer of funds to the Employee's bank account.

3.3. The Employee may be granted with bonus remunerations and benefits calculated and payable in accordance with the Bonuses and Compensation Regulations.

3.4. Information about wages and other reimbursement, benefits and privileges granted by the Company to the Employee shall be deemed confidential and shall not be disclosed except for cases envisaged by current legislation.

## 4. Working Time/Time-off

4.1. The Employee shall work 5 days per week Monday – Friday from 9.00 am until 6.00 pm. Saturdays and Sundays shall be days off. Duration of lunch break is 60 minutes in the interval from 12:00 p.m. till 3:00 p.m.

4.2. Procedures and terms of payment for working overtime, on national holidays and days off shall be regulated by effective labor legislation.

## 5. Vacation

5.1. Annual paid leave of 28 calendar days shall be provided to the Employee. The timing of the leave shall be determined according to the schedule of vacations as approved by the Company.

---

продолжительностью 3 месяца, в течение которого любая из Сторон может расторгнуть Договор без выплаты выходного пособия, уведомив другую Сторону за 3 дня до даты расторжения Договора и с указанием причин. Во время испытательного срока на Сотрудника полностью распространяются все положения Договора.

2.3. Договор заключается на неопределенный срок.

## 3. Заработная плата

3.1. Сотруднику устанавливается ежемесячный должностной оклад в размере **1 566 458,08 рублей (Один миллион пятьсот шестьдесят шесть тысяч четыреста пятьдесят восемь рублей восемь копеек)** до уплаты налога на доходы физических лиц.

3.2. Заработная плата выплачивается Сотруднику два (2) раза в месяц в следующие дни: 15 (пятнадцатого) числа и в последний день каждого месяца, с представлением расчетного листка. Заработная плата выплачивается путем перечисления денежных средств на банковский счет Сотрудника.

3.3. Сотруднику могут быть выплачены премиальные вознаграждения и компенсационные выплаты, рассчитываемые и выплачиваемые в соответствии с Положением о премиях и компенсациях.

3.4. Сведения о заработной плате и иных вознаграждениях, льготах и привилегиях, устанавливаемых Обществом для Сотрудника, являются конфиденциальными и не подлежат разглашению за исключением случаев, предусмотренных действующим законодательством.

## 4. Рабочее время/Время отдыха

4.1. Для Сотрудника устанавливается пятидневная рабочая неделя с 9.00 до 18.00. Выходные дни – суббота и воскресенье. Перерыв на обед – 60 минут в интервале с 12:00 до 15:00.

4.2. Порядок и условия оплаты сверхурочной работы, работы в праздничные и выходные дни регулируются действующим трудовым законодательством.

## 5. Отпуск

5.1. Сотруднику предоставляется ежегодный оплачиваемый отпуск продолжительностью 28 календарных дней. Время отпуска определяется в соответствии с графиком отпусков, утверждаемым Обществом.

_____  
Employer / Работодатель

_____  
Employee / Сотрудник

**6. Obligations of Parties**

6.1.     The Employee shall be entitled to:

6.1.1. Carry out job functions as established by the Contract;

6.1.2. Have a workplace which meets requirements of national standards for employment and safety, and conditions of the Contract, full and reliable information on conditions of work and requirements for labor protection at the workplace;

6.1.3. Payment of wages in accordance with the Contract in time and in full;

6.1.4. Have daily breaks, and to be granted with weekly days-off, non-working public holidays and annual vacation;

6.1.5. Social benefits as set forth in law and the Contract;

6.2. The Employee is obliged to:

6.2.1. Perform his obligations in a due manner, implement written and oral orders of the General Director with proper quality and in due time;

6.2.2. Observe the Internal Employment Regulations of the Company and the labor discipline;

6.2.3. Observe protection of labor requirements, safety requirements and fire protection measures;

6.2.4. Not to disclose the information related to commercial secrets of the Company;

6.2.5. Upon Company's request, travel between Russian cities and abroad on business trips;

6.2.6. While concluding the Contract to present to the Employer or its representative: (1) the passport; (2) the labour book; (3) the insurance certificate of the state pension insurance; (4) document proving education and/or qualification.

6.2.7. Treat Employer's property with due care;

6.2.8. Upon termination of the Contract, return any property of the Company given to the Employee for business use, bank, insurance and all types of business cards, passes and other documents given to the

**6. Обязанности Сторон**

6.1.     Сотрудник имеет право:

6.1.1. На предоставление ему работы, обусловленной трудовым договором;

6.1.2. На рабочее место, соответствующее государственным стандартам организации и безопасности труда и условиям Договора, полную достоверную информацию об условиях труда и требованиях охраны труда на рабочем месте;

6.1.3. На своевременную и полную выплату заработной платы в соответствии с условиями Договора;

6.1.4. На отдых, предоставление еженедельных выходных дней, нерабочих праздничных дней, оплачиваемого ежегодного отпуска;

6.1.5. На социальные льготы в соответствии с законодательством и Договором.

6.2. Сотрудник обязуется:

6.2.1. Добросовестно исполнять свои трудовые обязанности, своевременно и надлежащим образом выполнять устные и письменные приказы Генерального директора;

6.2.2. Подчиняться Правилам внутреннего распорядка Общества, соблюдать трудовую дисциплину;

6.2.3. При выполнении трудовых обязанностей соблюдать нормы и правила по охране труда, технике безопасности и пожарной безопасности;

6.2.4. Не допускать разглашения информации, составляющей коммерческую тайну Общества;

6.2.5. По направлению Общества выезжать в командировки в другие города России и за рубеж;

6.2.6. При приеме на работу предъявить Работодателю или его представителю: (1) паспорт, (2) трудовую книжку, (3) страховое свидетельство государственного пенсионного страхования, (4) документы об образовании и(или) квалификации.

6.2.7. Бережно относиться к имуществу Общества;

6.2.8. При расторжении Договора, возвратить все имущество Общества, переданное Сотруднику в пользование в деловых целях, банковские, страховые, служебные и визитные карточки,

_____                                                                                        _____
Employer / Работодатель                                                                                      Employee / Сотрудник

| | |
|---|---|
| Employee in the course of the employment, as well as any amounts owed by the Employee to the Company as of the moment of the termination of the Contract; report to the line manager on the completed work and transfer all working documentation in a duly prepared form prior to the date of termination; | пропуска и другие документы, выданные Сотруднику во время его работы, а также все денежные суммы, которые Сотрудник должен Обществу на момент прекращения Договора; отчитаться перед непосредственным руководителем и передать все рабочие документы в надлежащем оформленном виде до даты прекращения Договора; |
| 6.2.9. Not use assets, equipment and devices provided by the Company for improper or personal purposes; | 6.2.9. Не использовать предоставленные Обществом средства, оборудование и иное имущество не по назначению или в личных целях; |
| 6.2.10. Ensure the safety of the Company's premises, documents and technical equipment. In the event of damage or loss through the deliberate fault of the Employee, he/she shall bear financial responsibility. | 6.2.10. Обеспечивать сохранность помещений, документов и технических средств Общества. В случае их умышленной порчи или утраты по вине Сотрудника, Сотрудник несет материальную ответственность. |
| 6.2.11. Perform other duties as established by the Contract, Employer's Internal Employment Regulations, other local normative acts, employment law and other normative legal acts. | 6.2.11. Выполнять иные обязанности, предусмотренные данным Договором, Правилами внутреннего трудового распорядка, другими локальными нормативными актами, положениями трудового законодательства и иных нормативных правовых актов. |
| 6.3.    The Employer shall be entitled to: | 6.3.    Работодатель имеет право: |
| 6.3.1. Demand from the Employee conscientious performance of job duties and compliance with Company's Internal Employment Regulations; | 6.3.1. Требовать от Сотрудника добросовестного исполнения им трудовых обязанностей и соблюдения правил внутреннего трудового распорядка организации; |
| 6.3.2.    Encourage the Employee for conscientious and efficient work; | 6.3.2.    Осуществлять поощрения Сотрудника за добросовестный и эффективный труд; |
| 6.3.3.    Held the Employee liable for disciplinary offences and material responsibility in accordance with procedure set forth in law; | 6.3.3.    Привлекать Сотрудника к дисциплинарной и материальной ответственности в установленных случаях, в порядке предусмотренном действующим законодательством; |
| 6.3.4.    Approve mandatory local normative acts for Employee; | 6.3.4.    Принимать локальные нормативные акты обязательные для исполнения Сотрудником; |
| 6.3.5.    Send the Employee to business trips; | 6.3.5.    Направлять Сотрудника в командировки; |
| 6.3.6. With due consideration to Employee's profession and qualification, transfer the Employee to a different position within the Company in accordance with procedure set forth in law. | 6.3.6. Перевести Сотрудника с учетом его специальности и квалификации на другую работу в пределах предприятия в порядке и случаях, установленных законодательством. |
| 6.4.    Employer is obliged to: | 6.4.    Работодатель обязуется: |

4

_____  
Employer / Работодатель

_____  
Employee / Сотрудник

| | |
|---|---|
| 6.4.1. Ensure conditions of work required for performance of job duties by Employee, provide Employee with instruments, equipment and materials required for compliance with the terms of the Contract; | 6.4.1. Обеспечить Сотруднику надлежащие условия труда, необходимые при выполнении им своих обязанностей, обеспечивать Сотрудника средствами, материалами и оборудованием, которые необходимы при исполнении им условий Договора; |
| 6.4.2. Ensure safety conditions for efficient work of the Employee, equip Employee's workplace in accordance with labor protection and safety requirements. | 6.4.2. Обеспечивать условия для безопасного и эффективного труда Сотрудника, оборудовать его рабочее место в соответствии с правилами охраны труда и техники безопасности; |
| 6.4.3. Fully pay wages and make other payments due to the Employee hereunder; | 6.4.3. Своевременно и полностью выплачивать обусловленную Договором заработную плату и другие причитающиеся Сотруднику выплаты; |
| 6.4.4. Withhold from the Employee's gross wages personal income tax and any other amounts required by the Russian law and remit them to the appropriate budgets and extra budgetary funds. | 6.4.4. Удерживать из заработной платы Сотрудника налог на доходы физических лиц и другие обязательные платежи и перечислять их в соответствующие бюджеты и внебюджетные фонды. |
| 6.4.5. Provide social, pension and other mandatory types of insurance for the Employee; the Employee shall be paid benefits and allowances in accordance with current legislation. | 6.4.5. Осуществлять социальное, пенсионное и иные виды обязательного страхования Сотрудника; выплачивать Сотруднику пособия и компенсации, предусмотренные действующим законодательством. |
| 6.4.6. Ensure appropriate policies for maintenance and utilization of Employee's personal data in accordance with Russian legislation. | 6.4.6. Обеспечивать порядок хранения и использования персональных данных Сотрудника с соблюдением требований российского законодательства. |
| 6.4.7. Perform other duties as established by the Contract, Employer's Internal Employment Regulations approved by the Employer, other local normative acts, employment law and other normative legal acts. | 6.4.7. Выполнять иные обязанности, предусмотренные данным Договором, Правилами внутреннего трудового распорядка, другими локальными нормативными актами, положениями трудового законодательства и иных нормативных правовых актов. |

**7. Professional Products and Confidentiality**

7.1. All materials and/or professional products, whether complete or incomplete, created by the Employee either solely or in conjunction with others during the employment with the Company, shall be the property of the Company and shall be immediately deliverable to the Company upon request and upon the Employee's separation from the Company.

**7. Профессиональный продукт и Конфиденциальность**

7.1. Все материалы и/или профессиональные продукты, как в завершенном виде, так и незаконченные, созданные Сотрудником единолично или совместно с другими лицами в течение периода работы в Обществе, являются собственностью Общества и должны быть немедленно переданы Обществу по его требованию, а также при увольнении Сотрудника из Общества.

_____  _____
Employer / Работодатель  Employee / Сотрудник

| | |
|---|---|
| 7.2. The Employee shall undertake to hold in trust and confidence during the employment with the Company and for the period of 3 (three) years after termination of the employment any confidential information related to the business of the Company, its clients, its Specialists, and others, which the Employee may acquire while working for the Company. | 7.2. В период работы в Обществе и в течение 3 (трёх) лет после окончании трудовых отношений с Обществом Сотрудник обязуется защищать и сохранять в тайне любую конфиденциальную информацию, относящуюся к деятельности Общества, его клиентов, его сотрудников, и иную информацию, которая может быть получена Сотрудником во время работы в Обществе. |
| 7.3. The Employee shall undertake to at no time disclose such confidential information to anyone inside or outside the Company not entitled to it, nor use such information for any purpose other than for the Company's benefit without the prior written consent of the General Director of the Company. | 7.3. Сотрудник обязуется никогда не разглашать такую конфиденциальную информацию неуполномоченному лицу в Обществе или за его пределами, а также не использовать такую информацию в каких-либо целях помимо интересов Общества без получения предварительного письменного разрешения Генерального директора Общества. |
| 7.4. When leaving the Company, the Employee shall return to the Company everything which may contain any confidential information. | 7.4. При увольнении из Общества Сотрудник возвращает Обществу все документы и материалы, что может содержать конфиденциальную информацию. |
| **8. Settlement of Labor Disputes** | **8. Разрешение трудовых споров** |
| 8.1. The parties shall undertake to use their best endeavors to settle any labor disputes arising from the Contract through negotiating. | 8.1. Стороны обязуются прилагать все усилия для разрешения каких бы то ни было трудовых споров, возникающих в связи с Договором, путем переговоров. |
| 8.2. If it proves impossible to resolve a dispute through negotiations, it shall be settled in accordance with the applicable legislation. | 8.2. В случае невозможности урегулирования спора путем переговоров, он подлежит разрешению в соответствии с применимым законодательством. |
| **9. Special Terms** | **9. Особые условия** |
| 9.1. The Company and the Employee hereby shall agree that the job description, the Internal Employment Regulations and other local normative acts of the Company shall be binding for both Parties. | 9.1. Настоящим Общество и Сотрудник устанавливают, что должностная инструкция, Правила внутреннего трудового распорядка и другие локальные нормативные акты обязательны для обеих Сторон. |
| **10. Miscellaneous** | **10. Прочие условия** |
| 10.1. Any change to the conditions of the Contract shall be in the form of a written agreement of the Parties. | 10.1. Изменение условий Договора оформляется письменным соглашением Сторон. |
| 10.2. Effective Russian laws, incorporation documents and other internal regulations of the Company and resolutions of the Company's management shall be valid in all other cases not stipulated in the Contract. | 10.2. Во всех остальных случаях, не предусмотренных Договором, применяются действующее российское законодательство, учредительные/иные внутренние документы Общества и решения руководства Общества. |

_____                                                        _____
Employer / Работодатель                                                    Employee / Сотрудник

10.3. The Contract is prepared in two languages in two copies, one copy for each of the Parties involved, both the copies shall have equal legal power. In case of any dispute, the Russian version will prevail, the English version being the translation from Russian.

10.4. Invalidity of one or several clauses of the Contract, resulting from changes in applicable legislation or for other reasons, shall not cause the invalidity of other clauses of the Contract.

10.5. Before commencement of employment hereunder the Employee reviewed contents of his/her job duties, employment regulations, safety requirements and health protection measures at place of work, mandatory preventive fire-fighting regulations. The Employee undertakes to comply with the Employer's approved Internal Employment Regulations.

Full registered name of the Company:

«Hay Group» Limited Liability Company

Legal address: RF, 109147, g. Moskva, Taganskaya ulica, d. 17-23, eht/pom/kom 7/1/14,15
INN 7704241478 KPP 770901001

On behalf of **"Hay Group" Limited Liability Company:**

**Julian Christopher Slater**

Employee:

*I have read the foregoing Contract, and hereby state that I fully understand and accept its terms and conditions.*

---

10.3. Договор составлен на двух языках в двух экземплярах, по одному экземпляру для каждой из Сторон, оба экземпляра имеют равную юридическую силу. В случае каких-либо разногласий, русский текст имеет преимущественную силу, английский текст является переводом с русского.

10.4. Недействительность одного или нескольких положений Договора, возникшая вследствие изменения применимого законодательства или по другим причинам, не влечет за собой недействительности остальных положений Договора.

10.5. К моменту начала работы на основании Договора Сотрудник ознакомлен с составом своих должностных обязанностей, правилами охраны труда, правилами техники безопасности и охраны здоровья на рабочем месте, а также с правилами пожарной безопасности, подлежащими соблюдению. Сотрудник обязуется подчиняться утвержденным Правилам внутреннего трудового распорядка.

Полное зарегистрированное название общества:

**Общество с ограниченной ответственностью «Хэй Груп»**

Юридический адрес: РФ, 109147, г. Москва, Таганская улица, д. 17-23, эт/пом/ком 7/1/14,15
ИНН 7704241478 КПП 770901001

От имени **Общества с ограниченной ответственностью «Хэй Груп»:**

**Julian Christopher Slater
Финансовый менеджер**

Сотрудник:

*Я ознакомился с вышеприведенным Договором и настоящим заявляю, что полностью понимаю и принимаю его положения и условия.*

7

_____
Employer / Работодатель

_____
Employee / Сотрудник

| | |
|---|---|
| _____ | _____ |
| (Signature of the Employee) | (подпись Сотрудника) |
| **Date of birth:_____** | **Дата рождения:** |
| **Passport:** | **Паспорт:** |
| **Place of registration:** | **Постоянно зарегистрирован:**. |
| I confirm that I have received my copy of the Contract. | Свой экземпляр Трудового договора получил. |
| _____ | _____ |
| (Signature/Date) | (подпись/дата) |

| | |
|---|---|
| _____ | _____ |
| Employer / Работодатель | Employee / Сотрудник |