# EXHIBIT L

**THIS AGREEMENT** is made _____ 2020

**BETWEEN:**

(1)     **Korn Ferry (US)** of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States (the "**Company**")

and

(2)     **Glazunov Yaroslav** of [address] (the "**Executive**")

**WHEREAS:**

**A.**   The Executive is employed by Hay Group Limited Liability Company (or its successor legal entity in Russia) ("**Korn Ferry Russia**") pursuant to a contract of employment dated [●] (the "**Contract of Employment**").

**B.**   Korn Ferry Russia is a company within the Company's global group of companies (the "**Korn Ferry Group**").

**C.**   The Company wishes to ensure that certain provisions related to the Executive's employment within the Korn Ferry Group are secured, and is therefore entering into this contractual agreement directly with the Executive.

**D.**   This Agreement is therefore to be read alongside, and is supplemental to, the Contract of Employment.

**IT IS THEREFORE AGREED THAT:**

**1)**   In addition to the salary to be paid to the Executive by Korn Ferry Russia pursuant to clause 3.1 of the Contract of Employment and as a supplementary agreement to the bonus provisions at clause 3.3 of the Contract of Employment, the Company agrees as follows:

   **a)   Sign-on Loan**

   The Company shall advance, or procure than Korn Ferry Russia advances, to the Executive a forgivable loan in the sum of **$500,000** in the following instalments (provided that, as of the loan date, the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination):

1

- $250,000 within 30 days of the Executive commencing employment with Korn Ferry Russia.
- $250,000 within 120 days of the Executive commencing employment with Korn Ferry Russia.

This loan shall be secured by forgivable loan agreements in the form of Appendix A and Appendix B and shall each be forgiven in five equal instalments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the date upon which the relevant portion of the loan is advanced, provided that on that date the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination This loan is fully forgiven upon involuntary termination, death or permanent disability.

**b)  Make-whole Loan**

In recognition of the fact that the Executive will forgo certain benefits from his current employer on ceasing his employment with it, the Company shall advance, or procure than Korn Ferry Russia advances, to the Executive a forgivable loan in the sum of **$825,000** in the following instalments (provided that, as of the loan date, the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination):

- $412,500 within 30 days of the Executive commencing employment with Korn Ferry Russia.
- $412,500 within 120 days of the Executive commencing employment with Korn Ferry Russia.

This loan shall be secured by forgivable loan agreements in the form of Appendix C and Appendix D and shall each be forgiven in five equal instalments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the date upon which the relevant portion of the loan is advanced, provided that on that date the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination This loan is fully forgiven upon involuntary termination, death or permanent disability.

**c)  Restricted Stock Unit grant**

The Company's senior management team will recommend to the Company's compensation committee that the Executive be approved for an award of USD 100,000 of Restricted Stock

Units ("RSU's"). This grant will be issued on the later of the Executive's employment start date with Korn Ferry Russia or the date the RSU's are approved by the compensation committee ("**Effective Grant Date**") and will vest in five equal instalments on the 1st, 2nd, 3rd, 4th and 5th anniversary of the Effective Grant Date.

**d)   FY21 Guaranteed Incentive**

Recognising that the Executive will not earn any bonus in FY21 (May 1, 2020 through April 30, 2021) in light of his anticipated start date, the Company shall advance (or procure that Korn Ferry Russia shall advance) to the Executive a loan in the amount of **$1,500,000**. This loan shall be secured by a forgivable loan agreement in the form of Appendix E and shall be forgiven in five equal instalments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the date upon which the loan is advanced, provided that on that date the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination This loan is fully forgiven upon involuntary termination, death or permanent disability.

**e)   FY22 Guaranteed Incentive**

For FY22 (May 1, 2021 through April 30, 2022), the Executive shall be entitled to receive an annual incentive guaranteed at **$1,500,000**. Any unearned portion of this guarantee (i.e the difference between any bonus earned pursuant to Clause 3.3 of the Contract of Employment and $1,500,000) shall be advanced by way of a loan from the Company or Korn Ferry Russia. This loan shall be secured by a forgivable loan agreement in the form of Appendix F and shall be forgiven in five equal instalments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the date upon which the loan is advanced, provided that on that date the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination This loan is fully forgiven upon involuntary termination, death or permanent disability.

**f)   FY23 Guaranteed Incentive**

For FY23 (May 1, 2022 through April 30, 2023), the Executive shall be entitled to receive an annual incentive guaranteed at **$1,750,000**. Any unearned portion of this guarantee (i.e the difference between any bonus earned pursuant to Clause 3.3 of the Contract of Employment and $1,750,000) shall be advanced by way of a loan from the Company or Korn Ferry Russia. This loan shall be secured by a forgivable loan agreement in the form of Appendix G and shall be forgiven in five equal instalments on the 1st, 2nd, 3rd, 4th, and 5th anniversary of the date upon which the loan is advanced, provided that on that date the Executive remains employed by Korn Ferry Russia and not under notice of resignation or termination This loan is fully forgiven upon involuntary termination, death or permanent disability.

TCF (as defined in clause 1(g) below) will be relevant to the calculation of any annual discretionary incentive bonus award.

g)  **Definition of TCF:**

Korn Ferry Group records the TCF (Total Cost to the Firm) for each Executive. TCF encompasses remuneration, any relevant employer's costs for National Insurance contributions and costs of company-provided benefits including incentives, employer pension contributions and allowances.

h) **Currency:**

All payments expressed in a currency other than Russian Rubles shall be paid (or repaid as applicable) at a currency conversion rate reasonably determined by the Company as at the date of payment (or repayment).

2) <u>**Variation**</u>

No variation or agreed termination of this Agreement or of any document referred to in it shall be effective unless it is in writing and signed by or on behalf of each of the parties.

3) <u>**Counterparts**</u>

This Agreement may be executed in any number of counterparts (but shall not be effective until each party has executed at least one counterpart), each of which, when executed, shall constitute an original of this Agreement and which together shall have the same effect as if each party had executed the same Agreement.

4) <u>**Governing Law & Jurisdiction**</u>

a)  This Agreement and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the laws of New York State.

b)  The parties irrevocably agree that the courts of New York shall have exclusive jurisdiction to settle any dispute or claim that arises out of or in connection with this Agreement or its subject matter or formation (including non-contractual disputes or claims).

**For and on behalf of**                        **By the Executive**

**Korn Ferry (US)**                             **Glazunov Yaroslav**


_____                _____

**Signed**                                      **Signed**


_____                _____

**Date**                                        **Date**

**APPENDIX A**

**<u>EMPLOYEE FORGIVABLE LOAN AGREEMENT</u>**
USD 250,000 (Two Hundred and Fifty Thousand United States Dollars only)

**Background**

1.  This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2.  The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(a) of the agreement made between you and the Company on [●].

3.  It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4.  The Company will make a loan to you on the following basis:-

    a.  The Company will lend you USD 250,000 (the "**Loan Sum**") (the date of payment being the "**Payment Date**").

    b.  Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

        i.  the date that is five years and one day after the Payment Date; and

        ii. the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

    c.  No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5.  For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6.  The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches.  20% of the Loan Sum (i.e. USD 50,000) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of

the Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

7.  Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

   a.  If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

   b.  If you die.

   c.  If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

   d.  If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8.  The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.   For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9.  Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**                          **By the Executive**

**Korn Ferry (US)**                               **Glazunov Yaroslav**


_____               _____

**Signed**                                        **Signed**


_____               _____

**Date**                                          **Date**

**APPENDIX B**

## EMPLOYEE FORGIVABLE LOAN AGREEMENT
USD 250,000 (Two Hundred and Fifty Thousand United States Dollars only)

**Background**

1. This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2. The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(a) of the agreement made between you and the Company on [●].

3. It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4. The Company will make a loan to you on the following basis:-

   a. The Company will lend you USD 250,000 (the "**Loan Sum**") (the date of payment being the "**Payment Date**").

   b. Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

      i. the date that is five years and one day after the Payment Date; and

      ii. the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

   c. No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5. For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6. The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches. 20% of the Loan Sum (i.e. USD 50,000) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

9

7. Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

   a. If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

   b. If you die.

   c. If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

   d. If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8. The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.  For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9. Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**

**Korn Ferry (US)**

**By the Executive**

**Glazunov Yaroslav**

_____

**Signed**

_____

**Signed**

_____

**Date**

_____

**Date**

**APPENDIX C**

**<u>EMPLOYEE FORGIVABLE LOAN AGREEMENT</u>**
USD 412,500 (Four Hundred and Twelve Thousand and Five Hundred United States Dollars only)

**Background**

1.  This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2.  The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(b) of the agreement made between you and the Company on [●].

3.  It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4.  The Company will make a loan to you on the following basis:-

    d.  The Company will lend you USD 412,500 (the "**Loan Sum**") (the date of payment being the "**Payment Date**").

    e.  Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

        i.   the date that is five years and one day after the Payment Date; and

        ii.  the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

    f.  No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5.  For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6.  The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches.  20% of the Loan Sum (i.e. USD 82,500) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

7. Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

    a. If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

    b. If you die.

    c. If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

    d. If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8. The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.  For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9. Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**

**Korn Ferry (US)**

**By the Executive**

**Glazunov Yaroslav**

_____

**Signed**

_____

**Signed**

_____

**Date**

_____

**Date**

**APPENDIX D**

**EMPLOYEE FORGIVABLE LOAN AGREEMENT**

USD 412,500 (Four Hundred and Twelve Thousand and Five Hundred United States Dollars only)

**Background**

1.  This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2.  The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(b) of the agreement made between you and the Company on [●].

3.  It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4.  The Company will make a loan to you on the following basis:-

    a.  The Company will lend you USD 412,500 (the "**Loan Sum**") (the date of payment being the "**Payment Date**").

    b.  Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

        i.   the date that is five years and one day after the Payment Date; and

        ii.  the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

    c.  No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5.  For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6.  The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches.  20% of the Loan Sum (i.e. USD 82,500) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

7.  Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

    a.  If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

    b.  If you die.

    c.  If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

    d.  If the Korn Ferry Group ceases trading in the Russian market.

 **Miscellaneous**

8.  The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.  For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9.  Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**

**Korn Ferry (US)**

**By the Executive**

**Glazunov Yaroslav**

_____

**Signed**

_____

**Signed**

_____

**Date**

_____

**Date**

**APPENDIX E**

**<u>EMPLOYEE FORGIVABLE LOAN AGREEMENT</u>**
USD 1,500,000 (One Million and Five Hundred Thousand United States Dollars only)

**Background**

1.  This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2.  The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(d) of the agreement made between you and the Company on [●].

3.  It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4.  The Company will make a loan to you on the following basis:-

    a.  The Company will lend you USD 1,500,000 (the "**Loan Sum"**) (the date of payment being the "**Payment Date**").

    b.  Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

        i.  the date that is five years and one day after the Payment Date; and

        ii.  the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

    c.  No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5.  For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6.  The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches.  20% of the Loan Sum (i.e. USD 300,000) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

18

7. Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

   a. If your employment is terminated by the Company for a reason other than Cause. For the purposes of this provision, **Cause** means a reason related to your conduct.

   b. If you die.

   c. If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

   d. If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8. The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company. Any breach by you of this confidentiality obligation may result in disciplinary action being taken. For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9. Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**                    **By the Executive**

**Korn Ferry (US)**                         **Glazunov Yaroslav**


_____          _____

**Signed**                                  **Signed**


_____          _____

**Date**                                    **Date**

**APPENDIX F**

### <u>EMPLOYEE FORGIVABLE LOAN AGREEMENT</u>
USD [●][1] ([●] United States Dollars only)

**Background**

1. This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2. The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(e) of the agreement made between you and the Company on [●].

3. It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4. The Company will make a loan to you on the following basis:-

   a. The Company will lend you USD [●] (the "**Loan Sum"**) (the date of payment being the "**Payment Date**").

   b. Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

      i. the date that is five years and one day after the Payment Date; and

      ii. the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

   c. No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5. For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6. The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches. 20% of the Loan Sum (i.e. USD [●]) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the

---

[1] Figure to be determined after FY22 bonus known

Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

7. Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

   a. If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

   b. If you die.

   c. If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

   d. If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8. The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.   For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9. Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**                          **By the Executive**

**Korn Ferry (US)**                               **Glazunov Yaroslav**


_____          _____

**Signed**                                        **Signed**


_____          _____

**Date**                                          **Date**

**APPENDIX G**

## EMPLOYEE FORGIVABLE LOAN AGREEMENT
USD [●][2] ([●] United States Dollars only)

**Background**

1.  This is an agreement between Glazunov Yaroslav of [address] ("**you**") and Korn Ferry (US) of 33 South Sixth Street, Suite 4900, Minneapolis MN 55402, United States ("the **Company**") documenting the terms and conditions relating to a forgivable loan to be made to you by the Company.

2.  The loan is made expressly subject to the repayment and other obligations set out in this Agreement and is made further to the Company's obligation at clause 1(f) of the agreement made between you and the Company on [●].

3.  It is agreed that this Agreement constitutes the entire agreement between us on the matters dealt with and its terms supersedes all prior discussions and agreements on these issues.

**The Loan**

4.  The Company will make a loan to you on the following basis:-

    a.  The Company will lend you USD [●] (the "**Loan Sum**") (the date of payment being the "**Payment Date**").

    b.  Subject to the remaining terms of this Agreement on the potential forgiveness of the Loan Sum (or part of it), the Loan Sum (or any part outstanding) must be repaid by you to the Company on the earlier of:

        iii.  the date that is five years and one day after the Payment Date; and

        iv.  the date that notice of termination of your employment is given by either you or the Company (or if no notice is given, the date that your employment actually terminates), (the "**Repayment Date**").

    c.  No interest will be due from you to the Company either during the term of this Agreement or on repayment of the Loan Sum.

**Forgiveness of the loan**

5.  For the purposes of this Agreement, where an amount is "forgiven" pursuant to either paragraphs 5 or 6 below, you are no longer obliged to repay that amount to the Company.

6.  The primary intention of this Agreement is that the Loan Sum will be forgiven in tranches. 20% of the Loan Sum (i.e. USD [●]) will be forgiven on each of the 1st, 2nd, 3rd, 4th and 5th anniversary of the

---

[2] Figure to be determined after FY23 bonus known

Payment Date, provided that as of the relevant date you remain in active full-time employment with the Company and not under notice of resignation or dismissal.

7.  Any part of the Loan Sum that has not been forgiven at the relevant time will be forgiven immediately in its entirety if any of the following events occur:

   a.  If your employment is terminated by the Company for a reason other than Cause.  For the purposes of this provision, **Cause** means a reason related to your conduct.

   b.  If you die.

   c.  If you become unable to work by reason of total and permanent disability (with the Company, acting reasonably, determining whether or not this situation has arisen).

   d.  If the Korn Ferry Group ceases trading in the Russian market.

**Miscellaneous**

8.  The existence and terms of this Agreement should be regarded as strictly confidential as between you and the Company.  Any breach by you of this confidentiality obligation may result in disciplinary action being taken.   For the avoidance of doubt, you are not precluded from disclosing the existence or terms of this Agreement to your immediate family or advisers, but only on the basis that they agree to maintain confidentiality themselves.

9.  Any sum which becomes due by you to the Company and which remains unpaid 14 days after the Repayment Date shall bear interest per annum at the Base Rate published by the Federal Open Market Committee plus 2.00 percent as of the Repayment Date.

10. You agree that where any sum is owing to the Company pursuant to this agreement that sum may be deducted by the Company from any compensation otherwise payable to you, including for the avoidance of doubt any salary or commission owed to you.

11. You consent to any delay by the Company in exercising or enforcing any of its rights or remedies under this Agreement.

12. You agree to pay all reasonable costs and expenses incurred by the Company in the enforcement of this Agreement on your default, reasonable attorneys' fees and reasonable costs.

13. This Agreement shall be binding on you and the benefit of this agreement shall subsist in the Company and its successors and assigns.

14. This Agreement is governed by and construed in accordance with the laws of the State of New York and any disputes arising shall be subject to the exclusive jurisdiction of the New York courts.

**For and on behalf of**

**Korn Ferry (US)**

**By the Executive**

**Glazunov Yaroslav**

_____

**Signed**

_____

**Signed**

_____

**Date**

_____

**Date**