# EXHIBIT M

| | |
|---|---|
| **From:** | Glazunov, Yaroslav |
| **To:** | Glazunov, Yaroslav |
| **Subject:** | 1 |
| **Date:** | Thursday, November 26, 2020 12:28:05 AM |

Hi Graham – as promised. Below is the list.
All numbers are annual and in rubles.
For all team members we have an annual discretionary bonus. It varies from 20% to 50% of their annual salaries (based on the judgement of the 3 of us).

As Marat is aware we have excluded one of the finance team members (Irina Tuchkova) as she becomes redundant.

Regards,
Yaroslav


| Name | Role | Amount |
|---|---|---|
| VANIN, GENNADY | Principal | 8 324 008 |
| SADOVNIKOVA, YULIA | Principal | 7 220 400 |
| Erashova, Svetlana | Accountant | 5 231 304 |
| Baranova, Svetlana | Executive Assistant | 2 979 888 |
| Matveeva, Ksenia | Executive Assistant | 3 695 360 |
| Maximova, Marina | Executive Assistant | 2 393 880 |
| Kalkina, Irina | Senior Associate | 5 310 488 |
| Ten, Yulia | Senior Associate | 4 430 600 |
| Nabatova, Maria | Research Analyst | 2 176 800 |
| Chistyukhina, Lilia | Research Analyst | 1 840 000 |