# EXHIBIT N



1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Gennady Vanin**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Gennady,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Principal.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 8,324,008.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry



2



1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Irina Kalkina**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Irina,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Senior Associate.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 5,310,488.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme.  The scheme operates in the same away across our global organisation.  Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed.  If you do wish to accept our offer, we will obviously complete the details in the contract.  Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review.  In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry





1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Ksenia Matveeva**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Ksenia,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Executive Assistant.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 3,695,360.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry





1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Maria Nabatova**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Maria,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Research Analyst.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 2,176,800.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry





1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Marina Maximova**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Marina,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Executive Assistant.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 2,393,880.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry



2



1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

**Svetlana Baranova**
By Hand

21 December 2021
**PRIVATE AND CONFIDENTIAL**

Dear Svetlana,

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Executive Assistant.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 2,979,888.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

Korn Ferry



2



1900 Avenue of the Stars
Suite 2600
Los Angeles
CA 90067-4507
United States
www.kornferry.com

Polina Mytsalo
By Hand

21 December 2021
PRIVATE AND CONFIDENTIAL

Dear Polina

**Employment Offer – Korn Ferry**

I am writing to confirm that we would be delighted if you would consider joining Korn Ferry in Russia. Brief details of our offer, which we would obviously formally document if you do wish to accept, are below:

1. **Role**: Research Analyst.

2. **Commencement date**: 11 January 2021 (or as soon after that date as you would be able to join).

3. **Base salary**: RUB 1,254,240.

4. **Bonus**: Korn Ferry operates a discretionary bonus scheme. The scheme operates in the same away across our global organisation. Bonuses are determined and paid in August of each year (our financial year is 1 May to 30 April) and any payment is conditional upon you being employed, and not under notice of resignation or termination, on the date of payment.

A copy of our standard form contract of employment is enclosed. If you do wish to accept our offer, we will obviously complete the details in the contract. Please consider our offer and, if you do wish to accept, either notify Yaroslav or graham.paul@kornferry.com (Graham is our Associate General Counsel – EMEA) and we will share a draft contract for your review. In order to enable us to do so, please do give either Yaroslav or Graham details of your personal email address.

Yours sincerely,

*[signature]*

Signed by:
**Amy Gadsby**
**Human Resources Director, EMEA**
For and on behalf of Korn Ferry

*Polina Mytsalo [signature]*

Korn Ferry