# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSI U.S., Inc. et al.,<br><br>          Plaintiff(s)<br>v.<br><br>Korn Ferry, et al.,<br><br>          Defendant(s) | CASE NUMBER:<br><br>2:21-cv-02073-JVS(PDx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Patricia Donahue. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
            ☐ In-Person Court Hearing
            ☒ Video Conference
            ☐ Telephonic

Magistrate Judge   Patricia Donahue

Date/Time      January 13, 2022 @ 2:00 p.m.

Courtroom:     580

Dated:   January 10, 2022          By:   /s/ Isabel Martinez
                            Deputy Clerk